```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
VIRAL BHAGAT,                                   :
                                                :
                                                :
                                Plaintiff,      :
                                                :     24-CV-01424 (VEC)
               -against-                        :
                                                :     ORDER
                                                :
                                                :
ANUJA SHARAD SHAH a/k/a ANU SHAH,               :
                                                :
                                                :
                                                :
                                Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an Initial Pretrial Conference on Friday, April 26, 2024;

WHEREAS Defendant was served with the state-court summons on March 26, 2024, Affidavit of Service, Dkt. 6;

WHEREAS Defendant's deadline to answer or otherwise respond to the Complaint was April 16, 2024;

WHEREAS Defendant did not answer or otherwise respond to the Complaint;

WHEREAS Defendant argues that service of the state-court summons was improper and that service of a federal summons is necessary to accomplish service of process in this removed action;

IT IS HEREBY ORDERED that Plaintiff must file a Request for Issuance of Summons on ECF by not later than end of business, **April 29, 2024**;

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to issue an electronic summons as to Defendant Anuja Sharad Shah upon receipt of Plaintiff's Request;

IT IS FURTHER ORDERED that Defendant's deadline to answer or move against the Complaint is extended to **Friday, May 3, 2024**.  If Defendant chooses to move to dismiss the Complaint, Plaintiff's deadline to oppose the motion or file an amended complaint in accordance with the Undersigned's Individual Practice 4(E)(i) is **Wednesday, May 22, 2024**.  Defendant's reply, if any, is due by not later than **Wednesday, May 29, 2024**.  The briefing schedule does not stay discovery.  The Court will enter a case management plan by separate order.

**SO ORDERED.**

Date:  April 26, 2024
       New York, New York

                                      **VALERIE CAPRONI**
                                      **United States District Judge**