```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
VIRAL BHAGAT,                                   :
                                                :
                                                :
                        Plaintiff,              :
                                                :      24-CV-01424 (VEC)
            -against-                           :
                                                :          ORDER
                                                :
ANUJA SHARAD SHAH a/k/a ANU SHAH,               :
                                                :
                                                :
                                                :
                        Defendant.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties called the Court regarding a discovery dispute on October 17, 2024;

IT IS HEREBY ORDERED that the parties appear before the Court telephonically on **October 17, 2024, at 4:00 P.M.** All parties must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1424. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: October 17, 2024
      New York, New York

_____
VALERIE CAPRONI
United States District Judge