USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
VIRAL BHAGAT,

                               Plaintiff,

                    -against-

ANUJA SHARAD SHAH a/k/a ANU SHAH,

                              Defendant.
------------------------------------------------------------- X

24-CV-01424 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Court telephonically on October 17, 2024; and

       WHEREAS counsel for Defendant maintains that Defendant has encountered a medical issue that has inhibited her ability to comply with discovery in this matter;

       IT IS HEREBY ORDERED that by not later than **Friday, October 18, 2024, at 5:30 P.M.**, the parties must submit a joint report to the Court explaining whether the parties have reached an agreement for Defendant to produce medical records under a protective order. If the parties are able to reach an agreement, the joint report must attach a proposed protective order as an exhibit. If the parties are unable to reach an agreement, the joint report must propose three mutually-agreeable times for the parties to appear in-person before the Court for a discovery conference the week of October 21, 2024.

**SO ORDERED.**

Date: October 17, 2024
       New York, New York

                                                         _____
                                                           **VALERIE CAPRONI**
                                                           **United States District Judge**