```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
VIRAL BHAGAT,                                    :
                                                 :
                                                 :
                              Plaintiff,         :
                                                 :      24-CV-01424 (VEC)
              -against-                          :
                                                 :            ORDER
                                                 :
ANUJA SHARAD SHAH a/k/a ANU SHAH,                :
                                                 :
                                                 :
                                                 :
                              Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS by Order dated October 17, 2024, at Dkt. 26, the parties were directed to submit a joint report either attaching a proposed protective order addressing the production of Defendant's medical records or, if an agreement could not be reached, including times the parties were available for a discovery conference;

   WHEREAS the Court received two, competing proposed protective orders, and the parties did not identify their availability for a discovery conference, *see* Dkt. 27;

   WHEREAS the Court is now in receipt of Defense counsel's letter motion seeking leave to withdraw as counsel for Defendant and requesting a stay to allow Defendant time to find new counsel, *see* Dkt. 28;

   WHEREAS Plaintiff does not object to the relief sought, *see* Dkt. 29;

   WHEREAS Defendant Anuja Sharad Shah contacted Chambers, seeking to file a letter explaining her opposition to her counsel's withdrawal; and

WHEREAS Defense counsel subsequently filed that letter from her client along with a cover letter contesting the contents of her client's letter, *see* Dkt. 30;

IT IS HEREBY ORDERED that Plaintiff's counsel, Defendant's counsel, and Defendant Shah must appear for an in-person conference in this matter on **Thursday, October 24, 2024, at 11:00 A.M.** to address: (1) the discovery schedule, including whether Defendant's purported medical condition justifies an extension of the current schedule; and (2) Defense counsel's motion seeking leave to withdraw as counsel. Defendant's counsel is directed to bring the Defendant's medical records to the conference. Plaintiff's counsel is directed to bring the social media posts referenced during the telephonic conference on October 17, 2024.

IT IS FURTHER ORDERED that Defendant's counsel must email a copy of this Order to her client and file proof of service via ECF by end of day on **Tuesday, October 22, 2024**.

The Court will not rule on the production of Defendant's medical records or Defense counsel's motion seeking leave to withdraw until after the conference is held.

**SO ORDERED.**

Date:  October 22, 2024
       New York, New York

       **VALERIE CAPRONI**
       **United States District Judge**