USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/6/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
VIRAL BHAGAT,                                       :
                                                    :
                                                    :
                                    Plaintiff,      :
                                                    :            24-CV-01424 (VEC)
              -against-                              :
                                                    :                 ORDER
                                                    :
ANUJA SHARAD SHAH a/k/a ANU SHAH,                   :
                                                    :
                                                    :
                                                    :
                                    Defendant.      :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

 WHEREAS on November 21, 2024, the Court adjourned a status conference regarding

setting discovery deadlines in this matter to December 5, 2024, and required Defendant to be

prepared to commit to, or to explain why she cannot commit to, responding to the outstanding

Interrogatories, Requests for Admissions, and Requests for Production by December 31, 2024,

*see* Dkt. 44; and

 WHEREAS on December 5, 2024, the parties appeared before the Court for a status

conference, and the Court set discovery deadlines and briefing schedules in this matter;

 IT IS HEREBY ORDERED that the STAY implemented in the Court's Order at Dkt. 39

is LIFTED.

 IT IS FURTHER ORDERED that Defendant's deadline to respond to Plaintiff's first set

of discovery, consisting of outstanding Interrogatories, Requests for Admissions, and Requests

for Production, is **Tuesday, December 31, 2024**.  By **Friday, December 6, 2024**, Defendant

must serve any discovery requests on Plaintiff.  Plaintiff's deadline to respond to Defendant's

discovery requests is **Friday, January 10, 2025**.  <u>All</u> fact discovery, including all depositions that the parties plan to take, must be completed by **Friday, February 28, 2025**.

IT IS FURTHER ORDERED that Defendant's motion for judgment on the pleadings must be filed by **Monday, December 9, 2024**.  Plaintiff's deadline to oppose the motion is **Monday, January 13, 2025**, and Defendant's reply papers, if any, must be filed by **Monday, January 27, 2025**.

IT IS FURTHER ORDERED that Defendant's motion to quash any third-party subpoenas issued by Plaintiff in connection with this case must be filed by **Friday, December 13, 2024**.  Plaintiff's deadline to oppose any such motion is **Friday, January 3, 2025**. Defendant's reply papers, if any, must be filed by **Friday, January 10, 2025**.

IT IS FURTHER ORDERED that the parties must appear for a status conference before the Court on **Friday, March 7, 2025, at 10:00 A.M.** to discuss the need for expert discovery, a schedule for summary judgment (if appropriate), and trial.

IT IS FURTHER ORDERED that before raising <u>any</u> further discovery disputes with the Court, the parties must meet and confer in-person for at least one hour (the "Meet-and-Confer Requirement").  If after an hour of good-faith, civil discussion the parties still require Court intervention, they must be prepared to certify before the Court that they complied with the Meet-and-Confer Requirement.

The Court reminds the attorneys that it expects all attorneys who appear before it to conduct themselves in a collegial and professional manner, both before the Court and in their interactions with each other.

**SO ORDERED.**

Date:  December 6, 2024
         New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**