UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>                Defendant. | 23-CV-01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 23, 2024, the parties filed a joint letter motion for a discovery conference because the parties have "reached an impasse with regards to certain discovery disputes." (*See* ECF 58.) By Order of Reference dated December 27, 2024 (ECF 59), Judge Valerie Caproni referred this case to me for general pretrial supervision and dispositive motions, which require a report and recommendation.

Accordingly, by no later than **Monday, December 30, 2024,** the parties shall file a joint letter addressing each discovery dispute for which they have reached an impasse and seek Court intervention. This action is scheduled for a conference on **Friday, January 3, 2025, at 11:00 AM**, to be held by video. The parties shall be prepared to address the discovery disputes raised in their joint letter. The Courtroom Deputy will send the conference details to counsel. The public may observe by dialing **(646) 453-4442, Access Code 506 927 674#.**

DATED:  December 27, 2024
           New York, New York

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge