UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>                Plaintiff,<br><br>  -against-<br><br>Anuja Sharad Shah,<br><br>                Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed and for the reasons set forth at the conference earlier today:
1) Defendant's request for a further stay of discovery is DENIED; 2) the parties shall promptly submit a proposed confidentiality stipulation, and Defendant is obligated to complete her document production as soon as that stipulation is endorsed by the Court; 3) Defendant shall search for and produce responsive documents in her possession, custody and control dated January 1, 2023 to the present; 4) Defendant may take a one-hour deposition of Plaintiff on the subject of the information in the attachments to the three third-party subpoenas, without prejudice to taking a second deposition of Plaintiff at a later date on any relevant topics; 5) in light of Plaintiff's representation that he is seeking only garden variety emotional distress damages, Defendant's application to compel production of HIPAA forms from Plaintiff is DENIED; 6) Plaintiff shall provide responses and objections to Defendant's document requests by **January 10, 2025**, shall commence his rolling document production by that date, and shall complete his rolling document production by January 16, 2025; and Plaintiff may submit a 40-page opposition to Defendant's Rule 12(c) motion (ECF 48) and Defendant may submit a 20-page reply brief.

      The Clerk of Court is respectfully requested to terminate ECF 55 and ECF 58.

Date: 1/3/2025
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE