UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>    Plaintiff,<br><br>-against-<br><br>Anuja Sharad Shah,<br><br>    Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  My Order of December 27, 2024 directed the parties to file a joint letter "addressing each discovery dispute for which they have reached an impasse and seek Court intervention." ECF 60. The parties' joint letter made no reference to Defendant's motion to quash (ECF 55). ECF 63. Nor did Defendant raise her motion to quash at the conference on January 3, 2025, even after being prompted to indicate whether there were any outstanding issues to address, and even after discussing the implications of my rulings on Plaintiff's outstanding subpoenas. If Defendant had raised her motion to quash in the parties' joint letter and at the conference, it could have been addressed at the conference; my expectation was that the parties would address all outstanding discovery issues on which they had reached an impasse at the conference, because it is inefficient to hold multiple discovery conferences to address related issues.

  Nevertheless, since Defendant wishes to pursue her motion to quash, I respectfully ask the Clerk of Court to restore ECF 55 to the docket as an unresolved motion.

  An oral argument is scheduled for Tuesday, January 21, 2025 at 11:00 am to be held by video conference. The Courtroom Deputy will send the conference details to counsel. The parties should be prepared to discuss Defendant's Motion to Quash [ECF 55]. The public may observe by calling (646) 453-4442 and entering access code: 837 614 180#.

DATED: January 6, 2025
     New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE