UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>　　　　　　　Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Defendant has made an adequate showing that alternative service under CPLR § 308(5) is justified because service through the other methods in CPLR § 308 are impracticable. Defendant has further made an adequate showing that service on Attorney Andrew Miltenberg is likely to reach Rushad Dordi. Accordingly, Defendant may effect service on Dordi by sending a copy of the subpoena to Attorney Miltenberg (along with a copy of this order) with instructions that Attorney Miltenberg is to send this order and the subpoena to Dordi. See Sirius XM Radio Inc. v. Aura Multimedia Corp., 339 F.R.D. 592 (Dec. 4, 2021).

　　The Clerk of Court is respectfully requested to terminate ECF 75.

DATED:　January 8, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge