UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Viral Bhagat,

                              Plaintiff,

        -against-

Anuja Sharad Shah,

                              Defendant.

24cv1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By close of business TODAY, the parties are directed to submit the version of the confidentiality stipulation containing Defendant's most recent changes but not Plaintiff's amendment permitting his counsel to retain confidential documents after this case is terminated. I will then so order that version of the confidentiality stipulation.

The Clerk of Court is respectfully requested to terminate ECF 71.

DATED:  January 8, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge