UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>    Plaintiff,<br><br> -against-<br><br>Anuja Sharad Shah,<br><br>    Defendant. | 24cv1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Since it is not convenient for Defendant's counsel to depose Plaintiff for one hour during the week of January 13, 2025, Plaintiff's counsel shall provide dates and times during the week of January 20, 2025 when Plaintiff is available to be deposed. Plaintiff shall sit for that deposition on or before January 24, 2025.

DATED: January 8, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge