UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>        Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>        Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Defendant moved to quash certain subpoenas (ECF 55), which motion Plaintiff opposed (ECF 88, 89); Defendant filed reply papers in further support (ECF 91). I held a conference on January 21, 2025 to discuss this motion and other discovery issues. After the conference, I issued an order that, among other things, denied the motion to quash in certain respects and required supplemental briefing on whether the subpoenas should be quashed to the extent they sought communications between Defendant and third parties. (ECF 92). The parties provided the requested supplemental briefing (ECF 96, 97), which I have carefully reviewed. Plaintiff is correct that there is no bar to the production by the subpoenaed parties of communications between Defendant and third parties if Plaintiff obtains the consent of those third parties.

    Defendant's motion to quash is therefore denied in its entirety. Plaintiff's request that I direct Defendant to provide consent for the disclosure of the subpoenaed communications is premature, given that Defendant has not yet made her document production to Plaintiff. If that production turns out to be deficient and Plaintiff has not by that time otherwise obtained production of the subpoenaed communications, I will entertain at that time a renewed request to require Defendant to consent to the disclosure.

    The Clerk of Court is respectfully requested to terminate ECF 55.

DATED:  January 27, 2025
        New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE