UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

-against-

ANUJA SHARAD SHAH,

                Defendant.

24cv01424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendant's application to seal is GRANTED. Plaintiff is correct that there is a presumption of public access to judicial documents and records. *See Lugosch v. Pyramid Co. of Onondaga,* 435 F.3d 110, 119 (2d Cir. 2006). The Court "must determine whether documents are judicial documents that are relevant to the performance of the judicial function and useful in the judicial process." *Id.* at 115. Here, the materials Defendant requests to submit under seal are not judicial documents. Defendant submitted the materials she requests to seal in connection with an application that asked the Court, among other relief, to direct Plaintiff to take down certain posts on two websites; to make immediate disclosure of his involvement with the posts; and to preclude him from publishing, or assisting others with publishing public statements about Defendant, other than in Court filings.

      The Court held a conference on January 9, 2025 to discuss the relief requested by Defendant and denied it on the ground that in the absence of defamation counterclaims by Defendant, there was no basis for her request. The content of the posts that Defendant now seeks to seal were beside the point and not relevant to the judicial function or useful in the judicial process.

      The Clerk of Court is respectfully requested to terminate ECF 93.

DATED: January 27, 2025
            New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE