IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **VIRAL BHAGAT** | : | |
| | : | |
| Plaintiff, | : | Index No. 24-cv-01424 (VEC) |
| | : | |
| -against- | : | |
| | : | |
| **ANUJA SHARAD SHAH a/k/a ANU SHAH,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that Kara L. Gorycki, an attorney in good standing of the bar of this Court and a partner at the law firm of Nesenoff & Miltenberg, LLP, hereby appears as counsel for non-party Rushad Dordi.

Dated: New York, New York
February 8, 2025

**NESENOFF & MILTENBERG, LLP**

By: */s/ Kara L. Gorycki*
Kara L. Gorycki
363 Seventh Ave, 5th Floor
New York, New York 10001
212-736-4500
kgorycki@nmllplaw.com