UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

               Plaintiff,

  -against-

ANUJA SHARAD SHAH,

               Defendant.

24cv01424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Non-party Rushad Dordi's application to seal is granted [ECF 109].

    The Clerk of Court is respectfully requested to terminate ECF 109 and to seal ECF 110, which appears in minimally redacted form at ECF 108.

DATED: February 12, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge