UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>                  Plaintiff,<br><br>  -against-<br><br>Anuja Sharad Shah,<br><br>                  Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      For the reasons set forth at the conference held on February 14, 2025, Defendant's motion to compel is GRANTED IN PART and DENIED IN PART.

      Mr. Rushad Dordi shall produce, for the time periods specified at the conference: 1) non-privileged documents and communications, including with Plaintiff, concerning Defendant and this case; 2) documents and communications relating to any hacks of his social media accounts of which he is aware; and 3) documents responsive to item 4 in the subpoena. Mr. Dordi may produce communications with family members with their names and contact information redacted, with the names and contact information to be shared on an attorneys' eyes-only basis. The parties shall meet and confer further on a production of documents responsive to item 2 in the subpoena. Defendant will attend Mr. Dordi's deposition virtually.

      The Clerk of Court is respectfully requested to terminate ECF 103.

DATED: February 14, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge