USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
VIRAL BHAGAT,

                         Plaintiff,

               -against-

ANUJA SHARAD SHAH a/k/a ANU SHAH,

                        Defendant.
------------------------------------------------------------X

24-CV-01424 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 6, 2024, the Court ordered the parties to appear for a status conference on March 7, 2025, *see* Dkt. 47; and

WHEREAS on December 27, 2024, the Court referred this case to Magistrate Judge Tarnofsky for General Pretrial and Dispositive Motions, *see* Dkt. 59;

IT IS HEREBY ORDERED that the status conferenced scheduled for Friday, March 7, 2025, at 10:00 A.M. is ADJOURNED *sine die*. The parties are expected to continue to comply with Magistrate Judge Tarnofsky's orders in this case.

**SO ORDERED.**

Date: February 24, 2025
      New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**