UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

          Plaintiff,

-against-

ANUJA SHARAD SHAH,

          Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a telephonic status conference on **March 10, 2025 at 12:30 PM**. The parties should be prepared to discuss Plaintiff's February 24, 2025 Motion for Alternative Service of a Subpoena upon Non-Party. Counsel for Plaintiff and Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 956 447 32 #**.

DATED: February 28, 2025
          New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge