AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

VIRAL BHAGAT
    Plaintiff (s),
V.
ANUJA SHARAD SHAH a/k/a ANU SHAH
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-01424

Notice is hereby given that, subject to approval by the court, __VIRAL BHAGAT__ substitutes
(Party (s) Name)

__VIRAL BHAGAT, Pro Se__ , State Bar No. __n/a__ as counsel of record in
(Name of New Attorney)

place of __M. SALMAN RAVALA, ESQ.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: N/A (Plaintiff will appear Pro Se)
    Address: Mountain View, California
    Telephone: (646) 384-8158    Facsimile
    E-Mail (Optional): viral.bhagat@gmail.com

I consent to the above substitution.
Date: 3/6/2025

*V. Bhagat*
(Signature of Party (s))

I consent to being substituted.
Date: 3/6/2025

*M. Salman Ravala*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/6/2025

*V. Bhagat*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**