UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT<br><br>                  Plaintiff,<br><br>— against —<br><br>ANUJA SHARAD SHAH a/k/a ANU SHAH<br><br>                  Defendant. | Case No.: 1:24-cv-01424-VEC<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law, the annexed Declaration of M. Salman Ravala, Esq., and all prior proceedings had herein, Plaintiff, Viral Bhagat, by and through his undersigned counsel, Criscione Ravala, LLP, hereby moves this Court before the Honorable Valerie E. Caproni at the United States Courthouse, 40 Foley Square, New York, New York 10007, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order:

a) Granting Plaintiff's counsel, Criscione Ravala, LLP's Motion to withdraw as counsel for the Plaintiff in this action, pursuant to Local Rule 1.4;

b) Permitting Plaintiff, Viral Bhagat, to proceed *pro se*;

c) Granting such other and further relief as the Court deems appropriate.

Dated: New York, NY
March 10, 2025

                                            Respectfully Submitted,

                                            **CRISCIONE RAVALA, LLP**

                                            */s/ M. Salman Ravala*
                                            M. Salman Ravala, Esq.
                                            250 Park Avenue, 7th Floor
                                            New York, NY  10177
                                            Tel: (212) 920-7142
                                            SRavala@lawcrt.com

## CERTIFICATE OF SERVICE

      This is to certify that on this 10th day of March 2025, a true and accurate copy of the Plaintiff's Notice of Motion and accompanying Memorandum of Law, supporting Affidavits, Affirmations, and Exhibits (if any) were served upon all counsel of record via this Court's CM/ECF system. I further certify that on this 10th day of March 2025, a true and accurate copy of the aforesaid documents were served upon Plaintiff by First Class Regular Mail and E-mail.

Dated: New York, NY
March 10, 2025

                                                            Respectfully Submitted,

                                                            **CRISCIONE RAVALA, LLP**

                                                             */s/ M. Salman Ravala*
                                                            M. Salman Ravala, Esq.
                                                            250 Park Avenue, 7th Floor
                                                            New York, NY 10177
                                                           Tel: (212) 920-7142
                                                           SRavala@lawcrt.com