UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>ANUJA SHARAD SHAH,<br><br>　　　　　　　　Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The Court received undocketed communications from Plaintiff Viral Bhagat, which are attached as Exhibits A and B to this Order.

DATED:　March 10, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| **From:** | Viral Bhagat |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Anne Zeng-Huang; mia@alberlegal.com; katz@lawkatz.com |
| **Subject:** | Fwd: 1:24-cv-01424-VEC-RFT Bhagat v. Shah |
| **Date:** | Friday, March 7, 2025 6:16:47 PM |
| **Attachments:** | Letter Motion Pre-Discovery Conference.pdf |
| | Ex 2.pdf |
| | Ex 3.pdf |
| | Ex 1.pdf |
| | Ex 4.pdf |

**CAUTION - EXTERNAL:**

Dear Magistrate Judge Tarnofsky,

My name is Viral Bhagat, and I am the Plaintiff in the above-referenced matter. I have filed a Motion to Substitute Attorney (ECF No. 127), which is currently pending Your Honor's approval and order. Going forward, I will be representing myself in this matter.

Additionally, I have sent an email to the Pro Se Office with my Letter Motion for a Pre-Discovery Conference. While this motion has not yet been filed on ECF, in the interest of time, I am forwarding the email chain here, which includes the letter and multiple exhibits, and also copying the opposing counsels.

Thank you for your time and consideration.

Sincerely,
Viral Bhagat
Ph: +1 646 384 8158


---------- Forwarded message ---------
From: **Viral Bhagat** <viral.bhagat@gmail.com>
Date: Fri, Mar 7, 2025 at 12:25 PM
Subject: 1:24-cv-01424-VEC-RFT Bhagat v. Shah
To: <ProSe@nysd.uscourts.gov>


Dear Sir/Madam,

I am representing myself (pro se) in the matter of **Viral Bhagat v. Anuja Sharad Shah a/k/a Anu Shah, Case No. 1:24-cv-01424-VEC** in the Southern District of New York.

Please find attached a letter and accompanying exhibits for filing on the ECF system. Kindly process the filing at your earliest convenience. If any corrections or additional steps are required, please let me know.

Thank you for your time and assistance.

Best regards,

**Viral Bhagat**

E: viral.bhagat@gmail.com

M: +1 646 384 8158

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Exhibit B

| | |
|---|---|
| **From:** | Viral Bhagat |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Anne Zeng-Huang; mja@alberlegal.com; lkatz@lawkatz.com |
| **Subject:** | Re: 1:24-cv-01424-VEC-RFT Bhagat v. Shah |
| **Date:** | Friday, March 7, 2025 8:13:57 PM |

**CAUTION - EXTERNAL:**

Please note that I previously included an incorrect email address for opposing counsel. This email corrects that error.

Sincerely,
Viral Bhagat
Ph: +1 646 384 8158

On Fri, Mar 7, 2025 at 3:16 PM Viral Bhagat <viral.bhagat@gmail.com> wrote:
> Dear Magistrate Judge Tarnofsky,
>
> My name is Viral Bhagat, and I am the Plaintiff in the above-referenced matter. I have filed a Motion to Substitute Attorney (ECF No. 127), which is currently pending Your Honor's approval and order. Going forward, I will be representing myself in this matter.
>
> Additionally, I have sent an email to the Pro Se Office with my Letter Motion for a Pre-Discovery Conference. While this motion has not yet been filed on ECF, in the interest of time, I am forwarding the email chain here, which includes the letter and multiple exhibits, and also copying the opposing counsels.
>
> Thank you for your time and consideration.
>
> Sincerely,
> Viral Bhagat
> Ph: +1 646 384 8158
>
>
> ---------- Forwarded message ---------
> From: **Viral Bhagat** <viral.bhagat@gmail.com>
> Date: Fri, Mar 7, 2025 at 12:25 PM
> Subject: 1:24-cv-01424-VEC-RFT Bhagat v. Shah
> To: <ProSe@nysd.uscourts.gov>
>
>
> Dear Sir/Madam,
>
> I am representing myself (pro se) in the matter of **Viral Bhagat v. Anuja Sharad Shah a/k/a Anu Shah, Case No. 1:24-cv-01424-VEC** in the Southern District of New York.

Please find attached a letter and accompanying exhibits for filing on the ECF system. Kindly process the filing at your earliest convenience. If any corrections or additional steps are required, please let me know.

Thank you for your time and assistance.

Best regards,

**Viral Bhagat**

E: viral.bhagat@gmail.com

M: +1 646 384 8158

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.