USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

VIRAL BHAGAT,

                                             Plaintiff,

                                      -against-

ANUJA SHARAD SHAH a/k/a ANU SHAH,

                                            Defendant.

24-CV-01424 (VEC)

<u>ORDER</u>

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 10, 2025, Plaintiff's counsel filed a motion to withdraw as Plaintiff's attorney indicating that Plaintiff plans to proceed *pro se*, *see* Dkts. 129–31;

      IT IS HEREBY ORDERED that if Plaintiff objects to the withdrawal of his counsel, he must inform the court of any such objection by **Wednesday, March 12, 2025**. If Plaintiff does not object, the Court will grant counsel's withdrawal motion. Plaintiff is encouraged to review the resources available for pro se litigants in this District, including the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center. An overview of these resources is available on the Court's website at https://www.nysd.uscourts.gov/prose. Additionally, to maximize efficiency and to ensure that he sees all docketed items in a timely manner, the Court encourages Plaintiff to consider registering to receive documents electronically using the Pro Se Office's consent form, available at

https://www.nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.

IT IS FURTHER ORDERED that Plaintiff's counsel must serve a copy of this Order on his client and file proof of service via ECF by **Tuesday, March 11, 2025**.

**SO ORDERED.**

Date:  **March 10, 2025**
       **New York, New York**

       **VALERIE CAPRONI**
       **United States District Judge**