UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Anuja Sharad Shah,<br><br>　　　　　　Defendant. | 24cv1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The letter-motion at ECF 140 appears to be a duplicate of the letter-motion filed by Defendant's former counsel at ECF 103, which motion was granted in part and denied in part (ECF 112). If Defendant's new counsel wishes to make an application to the Court, he should file a letter-motion under his own signature explaining the relief sought and the basis for such relief.

　　The Clerk of Court is respectfully requested to terminate ECF 140.

DATED:　March 13, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge