UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

        Plaintiff,

— against —

ANUJA SHARAD SHAH A/K/A ANU SHAH,

        Defendant

Case No.: 1:24-cv-01424-VEC

MOTION TO EXPAND THE SCOPE OF DISCOVERY

---

Plaintiff, Viral Bhagat, respectfully moves this Court to modify the current discovery scope to include materials and information from **April 1, 2022, to the present**, instead of the currently limited period beginning **January 1, 2023**. This extension is necessary to ensure a complete and fair discovery process that encompasses key events relevant to Plaintiff's claims.

**RELIEF REQUESTED**

Plaintiff requests that this Court expand the discovery period to cover April 1, 2022, to the present, allowing Plaintiff access to relevant documents and communications necessary for a fair adjudication of this case.

Dated: San Francisco Bay Area, CA
March 15, 2025

                                                  VIRAL BHAGAT

                                                  */s/ Viral V. Bhagat*

                                                  E: viral.bhagat@gmail.com
                                                  P: +1 646 384 8158

                                                  *Pro Se*