N.C.R.B (एन.सी.आर.बी)

I.I.F.-I (एकीकृत अन्वेषणफॉर्म - १)

## FIRST INFORMATION REPORT
**(Under Section 154 Cr.P.C.)**

प्रथम खबर अहवाल

(फौजदारी प्रक्रिया संहिताच्या कलम १५४ अन्वये)

1. **District (जिल्हा):** बृहन्मुंबई शहर    **P.S. (पोलीस ठाणे):** मलबार हिल    **Year (वर्ष):** 2023

   **FIR No. (प्रथम खबर क्र.):** 0012    **Date and Time of FIR (प्र. ख. दिनांक आणि वेळ):** 18/01/2023 21:19 वाजता

2. 

| S.No. (अ.क्र.) | Acts (अधिनियम) | Sections (कलम) |
|---|---|---|
| 1 | भारतीय दंड संहिता १८६० | ५०० |
| 2 | भारतीय दंड संहिता १८६० | ५०४ |
| 3 | भारतीय दंड संहिता १८६० | ५०६ |
| 4 | माहिती तंत्रज्ञान (सुधारणा) अधिनियम २००८ | 65 |
| 5 | माहिती तंत्रज्ञान (सुधारणा) अधिनियम २००८ | 66 |
| 6 | माहिती तंत्रज्ञान (सुधारणा) अधिनियम २००८ | 66c |

3. **(a)   Occurrence of offence (गुन्ह्याची घटना):**

   1  **Day (दिवस):** मधले दिवस    **Date from (दिनांक पासून):** 01/06/2021    **Date To (दिनांक पर्यंत):** 18/01/2023

   **Time Period (कालावधी):**    **Time From (वेळेपासून):** 00:00 तास    **Time To (वेळेपर्यंत):** 15:00 तास

   **(b)   Information received at P.S. (पोलीस ठाण्यावर माहिती मिळाल्याचा):**    **Date (दिनांक):** 18/01/2023    **Time (वेळ):** 15:30 तास

   **(c)   General Diary Reference (ठाणे दैनंदिनी संदर्भ):**    **Entry No. (नोंद क्र.):** 030    **Date and Time (दिनांक आणि वेळ):** 18/01/2023 20:40 तास

4. **Type of Information (माहितीचा प्रकार):** लेखी

5. **Place of Occurrence (घटनास्थळ):**

   1.

1

(a) Direction and distance from P.S. (पोलिस ठाण्या पासून दिशा     Beat No. (बीट क्र.): आणि अंतर): उत्तर, 1 कि.मी.

(b) Address (पत्ता): 1/अ, रुंगठा लेन, 68-डी, नेपीयनसी रो, ब्राईटन, बिल्डींग नं 2, मुंबई 400006,,

(c) In case, outside the limit of this Police Station, then Name of P.S. (पोलीस ठाण्याच्या हद्दी बाहेर असल्यास, पोलीस ठाण्याचे नाव):

District (State) (जिल्हा (राज्य)):

6. **Complainant / Informant (तक्रारदार / माहिती देणारा):**

(a)  Name (नाव): जेसन अशोक कोठारी

(b)  Guardian's Name (चे नाव ): कोठारी

(c)  Date/Year of Birth (जन्मतारीख / वर्ष):     (d) Nationality (राष्ट्रीयत्व):भारत
1982

(e)  UID No. (यु.आय.डी. क्र.):

(f)  Passport No. (पारपत्र क्र.):

Date of Issue (दिल्याची तारीख ):     Place of Issue (दिल्याचे ठिकाण):

(g)  ID Details (Ration Card, Voter ID Card, Passport, UID No., Driving License, PAN) (ओळखपत्र विवरण (राशन कार्ड ,मतदाता कार्ड ,पासपोर्ट, यूआईडी सं., ड्राइविंग लाइसेंस, पैन कार्ड))

| S. No. (अ.क्र.) | ID Type (ओळखपत्राचा प्रकार) | ID Number (ओळखपत्र क्रमांक) |
|---|---|---|

(h)  Occupation (व्यवसाय): व्यवस्थापक

(i)  Address (पत्ता):

| S.No. (अ.क्र.) | Address Type (पत्ता प्रकार) | Address (पत्ता):: |
|---|---|---|
| 1 | वर्तमान पता | 1/अ, रुंगठा लेन, 68-डी, नेपीयनसी रो, ब्राईटन, बिल्डींग नं 2, मुंबई 400006, मलबार हिल, बृहनमुंबई शहर, महाराष्ट्र, भारत |
| 2 | स्थायी पता | 1/अ, रुंगठा लेन, 68-डी, नेपीयनसी रो, ब्राईटन, बिल्डींग नं 2, मुंबई 400006, मलबार हिल, बृहनमुंबई शहर, महाराष्ट्र, भारत |

2

I.I.F.-I (एकीकृत अन्‍वेषणफॉर्म - १)

| | | |
|---|---|---|
| (j) | Phone number (फोन नं.): | Mobile (मोबाइल क्र.): 91-7710914806 |

**7.** **Details of known / suspected / unknown accused with full particulars (ज्ञात / संशयित / अज्ञात आरोपींचे संपूर्ण तपशील):**

**Accused More Than (अज्ञात आरोपी एका पेक्षा जास्त असतील तर संख्या): 0**

| S. No. (अ.क्र.) | Name (नाव) | Alias (उर्फनाव) | Relative's Name (नातेवाईकाचे नाव) | Present Address(वर्तमान (पत्ता)) |
|---|---|---|---|---|
| 1 | अनोळखी 1 | | | |

**8.** **Reasons for delay in reporting by the complainant / informant (तक्रारदार/माहिती देणा-याकडून तक्रार करण्यातील विलंबाची कारणे ):**

**9.** **Particulars of properties of interest (संबंधीत मालमत्तेचा तपशील):**

| S. No. (अ.क्र.) | Propertty Category (मालमत्ता वर्ग) | Property Type (मालमत्ता प्रकार) | Description (विवरण) | Value(In Rs/-) मुल्य (रु. मध्ये) |
|---|---|---|---|---|
| | | | | |

**10.** **Total value of property (In Rs/-) मालमत्तेचे एकूण मुल्य (रु. मध्ये) :**

**11.** **Inquest Report / U.D. case No., if any (मरणान्वेषण अहवाल/अकस्मात मृत्यू प्रकरण क्र. जर असल्यास):**

| S. No. (अ.क्र.) | UIDB Number (यु.आय.डी.बी.) |
|---|---|
| | |

**12.** **First Information contents (प्रथम खबर हकिगत):**

जबाब                              दि. 18/01/2023

श्री. जेसन अशोक कोठारी, वय - 41 वर्षे, धंदा - व्यवसाय, राहणार- प्लॉट नं 1/अ, ब्राईटन, बिल्डींग नं 2, रुंगठा लेन, 68-डी, नेपीयनसी रोड, मुंबई 400006, मो.क्र. 7710914806

मी वरीलप्रमाणे असून इमार इंडीया आणि बालाजी टेलीफिल्मस लिमिटेड या कंपनीचा संचालक आहे. बालाजी टेलीफिल्मस लिमिटेड कंपनीचे कार्यालय मुंबई येथे आहे आणि इमार इंडीया कंपनीचे ऑफीस गुरगांव (हरीयाना) येथे आहे.

**I.I.F.-I (एकीकृत अन्वेषणफॉर्म - १)**

जुन 2021 मध्ये मी कु. श्रेया सिंघानीया (https://www.facebook.com/shreya.singhania.33821189) हिची फेसबुकवर आलेली फ्रेंड रीक्वेस्ट स्वाकारली होती, त्यानंतर दि. 29/06/2021 पासुन मला फेसबुक मॅसेंजरवर असंख्य मिस कॉल आणि संदेष प्राप्त झाले होते. सदर व्यक्ती कोण आहे याबाबत मला काहीएक माहिती नव्हती म्हणून मी त्या संदेषाकडे दुर्लक्ष केले आणि प्रतिसाद दिला नाही. सदर कागदपत्रे मी सोबत जोडत आहे. (Annexture-1

कु. श्रेया सिंघानीया हिच्या फेसबुक प्रोफाईलमधुन मला वारंवार संदेश येत होते आणि त्यावरुन मला असे वाटले की सदरची प्रोफाईल ही बनावट असावे म्हणून मी ते प्रोफाईल ब्लाॅक केले होते. सदर बनावट प्रोफाईल जे श्रेया सिंघानीयाच्या नावावर आहे त्यावर डाॅक्टर नुपुर नरुला यांचा फोटो वापरला होता. सदर फोटो मी गुगल फोटो सर्च आप्शनवर जाऊन तपासला असता तो डाॅक्टर नुपुर नरुला यांचा असल्याची माहिती मिळाली होती. (https://www.weillcornell.org/nupoor-narula-md) सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-2)

त्यानंतर डिसेंबर 2021 मध्ये मला मानसिक त्रास होईल असे संदेश श्रेया सिंघानिया हिच्याकडून स्कायपी ॲपवरुन प्राप्त झाले. (live:cid;9a93b5c 96546986e). या संदेशमधील मजकुर हे स्काईप फीचर सेंड एसएमएस व्दारे पाठवण्यात आले होते. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-3

दि. 08/12/2021 रोजी मी श्रेया सिंघानियाचे फेसबुक खाते अनब्लाॅक केले आणि तिला विचारले की ती कोण आहे आणि त्रास देण्यामागे काय हेतु आहे. दि. 10/12/2021 रोजी तिच्याकडून मला असा संदेश आला की तुम्ही माझे खाते का ब्लाॅक केले होते ? त्याला प्रतिसाद म्हणून मी कळविले की मला सदर प्रोफाईल बनावट आहे असा संशय आला आणि तिला तिची खरी ओळख दयावी म्हणून सांगितले. ती म्हणाली की, मला ती चांगल्या प्रकारे ओळखते. ती शपथा घेवु लागली आणि नम्रतेची भाषा वापरु लागली. त्यानंतर हा त्रास थांबवण्यासाठी मी दि. 10/12/21 रोजी खाते पुन्हा ब्लाॅक केले. यामुळे मला असे विश्वास ठेवणे प्राप्त झाले की सोशल नेटवर्क मध्ये कोणीतरी असुन मला त्रास देण्यासाठी खोटी प्रोफाईल वापरत आहे. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-4

संपूर्ण डिसेंबर 2021 मध्ये मला व्हाॅटसअप, आणि स्काईप मधुन एसएमएस व्दारे बदनामीकारक संदेश येत होते. सदरचे संदेश हे देशांतर्गत आणि परदेशामधील क्रमांकाव्दारे येत होते. मी प्रत्येक खाते प्रोफाईल आणि नंबर बंद केला त्यानंतर नवीन फ्रोफाईलमधून मला संदेश प्राप्त होत होते. परंतु ते चालुच राहीले आणि थांबतच नव्हते. सदरचे बदनामीकारक संदेश मला स्काईप आणि फेसबुकव्दारा मोबाईलमधुन येत होते आणि ShreyaS किंवा Arsh AK आणि Shreya Singhania अषा संबंधीत बनावट नावाच्या खात्यातुन येत होते.

दि. 14/12/2021 रोजी मी मायक्रोसाॅप्ट यांच्या टिमकडून सदर ShreyaS नावाचे आयडी नंबर शोध घेतला. तो (live:cid;9a93b5c 96546986e) असा होता, त्यानंतर सदर आयडी मी ब्लाॅक केला. सदर कागदपत्रे मी सोबत जोडत आहे.(।ददमगजनतम.5)

दि. 16/01/2022 आणि दि. 25/01/2022 मध्ये श्रेया सिंघानिया हिने फेसबुकवर दोन पोस्ट अपलोड केले त्यामध्ये Biggest Loser of all, Jason Kothari, Desperate, Sticky Old and falsely claiming that I Prey on young innocent girls, and destroy their psyche असा मजकूर लिहीला होता. सदरच्या पोस्ट

- 2 -

निश्चितपणे बदनामीकारक होत्या. दि. 25/01/2022 रोजी मला स्काईप आयडी वरुन दुसरा संदेश आला तो Arsh AK (live:cid;2f77c40ddde008fe)या आयडीवरुन आला होता, जो दि. 31/12/2021 रोजी बंद केला होता याची पृष्टी मायकोसाॅफ्टच्या टिमने दिली होती. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-6,7 & 8

दि. 25/01/2022 रोजी माझे सहायक श्री. अभय अग्रवाल यांना देखील (live:cid;2f77c40ddde008fe) वरुन क्रमशः अनेक संदेश ।तो ।ज़ या नावाने प्राप्त झाले जे बदनामीकारक स्वरुपाचे होते. सदर अनोळखी व्यक्तीने माझ्या व्यवसायीक नेटवर्कला भेद केला होता आणि लोकांना माझ्याबद्दल बदनामीकारक माहिती सांगत होती. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-9

दि. 26/01/2022 रोजी श्रेया सिंघानिया हिने संदेषाव्दारे माझ्यावर जी टीका केली तिचा मजकुर खालच्या दर्जाचा न्युनतेची भावना दर्षविणारा होता, त्यामध्ये Low Self esteem, inferiority complex, low sperm count?, You look so old and Frail असा मजकूर होता. मी श्रेया सिंघानिया हिचे फेसबुक आयडी युआरएल जाधून घेण्यासाठी तीचे अकाउंट अनब्लाॅक केले होते. दि. 26/02/2022 रोजी देखील मला तिच्या फेसबुक आयडीवरुन संदेश प्राप्त झाले. त्याचे स्क्रिनशाॅट सोबत जोडत आहे. (Annexture-10½

दि. 06/04/2022 रोजी श्रेया सिंघानिया हिने फेसबुक पेजवर पोस्ट केले त्यामध्ये माझ्याविरुध्द खोटे दावे केले, मला खोडसाळ आणि भेदभाव करणारा व्यक्ती असे दाखवलेे व शिवीगाळ केली. सदर पोस्ट फेसबुकवर माझ्या खात्यातील अन्य 09 टॅग केले. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-11)

मी व्यवसायाच्या क्षेत्रातील लोकांना मार्गदर्शन करण्याचे काम करत असतो. मी कु. अनु शहा नावाच्या व्यक्तीला देखील मार्गदर्शन केले होते. त्यावेळी कु. अनु शहा मार्गदर्शन करण्याच्या दृष्टीने माझ्याषी Linkedin मार्फत संपर्कात होती. कु. अनु शहा हि दि. 23/01/2022 रोजी Linkedin मार्फत माझ्या संपर्कात आली आणि मला तिच्या क्षेत्रात मार्गदर्शन करण्याची विनंती केली. काही महिने मी तिच्या संपर्कात होतो तीने मला अनेक प्रकारचे प्रश्न सादर केले आणि मार्गदर्षक म्हणून तिच्या व्यवसाईक प्रवासामध्ये मदत हाईल असे सल्ले दिले. झूम मिटींगमध्ये कु. अनु शहा हिचेबरोबर माझे अनेक वेळा संभाषण झाले आहे. परंतु तिला मी कधीही प्रत्यक्ष भेटलेलो नाही. श्रेया सिंघानिया हिने जवळच्या मित्रांना जे थेट संदेश पाठवले होते, ज्यामध्ये माझे व कु. अनु शहा बरोबर जे संभाषण झाले होते त्याचाच भाग होता. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-12)

कॉर्पोरेट मॅरेज ब्युरो, न्यू दिल्ली यांच्यामार्फत दि. 14/09/21 ते मार्च 2022 या काळात सलमान यांनी मला संपर्क केला त्यावेळेला कु. अनु शहा यांच्याकडून आलेल्या लग्नाच्या प्रस्तावाबाबत त्यांनी मला सांगितले. परंतु व्यक्तिगत कारणास्तव आणि दुस-या अग्रक्रमामुळे मी कु. अनु शह हिचा लग्नाचा प्रस्ताव नम्रपणे नाकारला. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-13)

दि. 20/05/2022 पासुन दि. 15/06/2022 पर्यंत मला श्री. पंकज चैकसी (मो.नं. ○919820292112) वरुन संदेश प्राप्त झाला, ते स्वतःला कु. अनु शहा यांचे काका म्हणून घेत होते आणि त्यांनी मी अनु शहा हिला भेटावे अषी विनवणी केली आणि लग्नाचा प्रस्ताव स्विकारण्याची विनंती केली.

समक्ष,

(निलेश बनकर)
सहा. पोलीस निरीक्षक,
मलबार हिल पोलीस ठाणे, मुंबई      जबाब पुढे चालू........

- 3 -

श्री. जेसन अशोक कोठारी, वय - 41 वर्षे यांचा दि. 18/01/23 रोजीचा जबाब पुढे चालू...

कु. अनु शहा हिला लग्नासाठी नकार दिल्यानंतर तिच्याकडून मला मोठया प्रमाणात मानसिक त्रास सुरु झाला होता. मी पुन्हा नम्रपणे त्यांचा लग्नाचा प्रस्ताव नाकारला. या दरम्यानच्या काळात मला कु. अनु शहा हिच्या आईमार्फत म्हणजेच श्रीमती इंदु शहा, फोन नं. ○919998979381 मोबाईलवरुन लग्नासाठी संदेश प्राप्त झाला. त्यांना मला भेटायचे होते. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-14 & 15)

माझ्या मार्गदर्षक या भुमिकेचा भाग म्हणून मी कु. अनु शहा हिची ओळख माझे मित्र श्रीमती प्रिती राठी गुप्ता व आनंद राठी फायनान्शीयल सर्व्हीसेस ग्रुप ऑफ कंपनीचा सह व्यवस्थापकीय संचालक आहे, त्याचेषी करुन दिली होती. दि. 03/06/2022 रोजी माझी मित्र श्रीमती प्रिती राठी गुप्ता यांना अनेक संदेश व्हाटॅसअप वरुन प्राप्त झाले जे माझे बदनामी करणारे होते आणि तीने मला तीचा मोबाईल क्रमांक ○919820036643 यावरुन सदरचे संदेश पाठवले होते. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-16)

मला स्काईप टेक्सट एसएमएस वरुन माझ्या मोबाईलव्दारा एसएमएस संदेश दि. 09/06/2022 रोजी स्काईप आयडी live:cid.f87c3f8c0300314 वरुन प्राप्त झाले आहेत. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-17)

दि. 13/06/2022 रोजी मला अशाच प्रकारचा बदनामीकारक ईमेल   rdogra11111@gmail.com यावरुन प्राप्त झाला आणि तो ईमेल आयडी देखील बनावट असावा असा मला संशय आहे. सदर

कागदपत्रे मी सोबत जोडत आहे.(Annexture-18)

दि 21/06/2022 रोजी माझे फेसबुक अकांउट हॅक करण्यात आले आणि माझ्या अकाउंटवर श्रेया सिंघानिया हिची पोस्ट आली त्यामध्ये अशी पोस्ट करण्यात होती की, World meet the love of my life. माझे फेसबुक अकाऊंट हॅक करण्यात आले होते आणि ते मला फाॅरगेट पासवर्ड वापरुन देखील परत मिळवता आले नाही. त्याच दिवशी कु. अनु शहा हिने माझ्येशी संपर्क केला आणि माझे फेसबुक खात्याला पुन्हा प्राप्त करण्यासाठी ती मदत करु शकेल कारण ती फेसबुक कंपनीमध्ये काम करीत आहे, असे तिने मला सांगितले. त्यावर फेसबुकवरील माझ्या पोस्ट देखील उपलब्ध नव्हत्या त्यामुळे मी तिला संमती दिली. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture.19 - 20)

दि. 21/06/2022 रोजी कु. अनु शहा हिने मला सांगितले की, ती माझ्या हॅक झालेल्या फेसबुकमधील माझा पुर्व इतिहास (Browsing History) बघत आहे. त्यामुळे कु. अनु शहा हिच्याबाबत मला संशय आला कारण ती फेसबुक मध्ये काम करीत असल्याचे सांगत असुन अव्यवसायीकपणे माझ्याशी वागत होती. त्यानंतर मी फेसबुक इंडीयाकडे ईमेल पाठवून तिची कर्मचारी या नात्याने काय स्थिती आहे ? याबाबत पडताळणी करण्यासाठी ईमेल केला. त्याबाबत कु. अनु शहा हिने माझ्याशी वाद केला आणि ती म्हणाली की, तिला अडचणीला तोंड द्यावे लागणार आहे कारण तीला फेसबुक कंपनीकडून प्रश्न विचारण्यात येत आहेत. तीने असे सांगितले की, तीने माझे फेसबुक खात्याचे सर्व तपशील पाहीलेले आहे, ही गोष्ट म्हणजे माझ्या खाजगीपणाचे उल्लंघन होते, त्यानंतर मी अस्वस्थ झालो. जेव्हा तीला कळाले की, मी मदतीसाठी फेसबुक इंडीया टीम यांना ईमेल करत आहे, ती निराश झाली आणि कबुल केले की तीला कोणताही अधिकार नव्हता आणि माझ्या बाबतीत जे काम ती करीत होती ते काम तीने करणे अपेक्षीत नव्हते. ती असे म्हणाली की असे केल्याबद्दल मला फेसबुक कडून त्रास सहन करावा लागेल, कु. अनु शहा हिने माझ्याशी बोलताना ती डाॅक्टर नुपुर नरुला हिला ओळखते असे देखील सांगितले होते. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-21)

माझ्या ओळखीचे अंकीता सिन्हा हिलादेखील श्रेया सिंघानीया आणि अनु शहा या दोन वेगवेगळ्या फसेबुक प्रोफाईलवरुन व लिंकडीन वरुन मित्रत्वाचा प्रस्ताव Friend Request प्राप्त झाली होता. तीलादेखील

- 4 -

माझ्याविरुध्द बदनामीकारक संदेश पाठविण्यात आले होते, जे नंतर तीने मला फाॅरवर्ड केले. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-22)

कु. अनु शहा माझ्या ओळखीपैकी अशी एक व्यक्ती आहे जिला माझे सहायक अभय अग्रवाल आणि माझे मित्र प्रिती राठी गुप्ता यांचे व्यक्तीगत मोबाईल नंबर माहीती आहेत.

मला फेक अकाऊंटवरुन जे वेगवेगळे संदेश प्राप्त झाले होते, त्यामध्ये Remember हा शब्द अनेक प्रकारे तमऊउ अशा अनेक वेगळ्या स्पेलींगने दाखवला होता. मला असे आढळून आले की, कु. अनु शहा ही Remember हा शब्द त्याचप्रमाणे remm असे स्पेलींग करुन अनेक सोशल मिडीयावर पोस्ट करते.

**I.I.F.-I (एकीकृत अन्वेषणफॉर्म - १)**

आजपर्यंत मला असे संदेश पाठवले आहेत की,We are coming after you, I will hunt you down for fucking with me.मला व माझ्या मित्रांना आणि सहका-यांना असे धमकीचे संदेष 30 वेगवेगळ्या मार्गांने आणि संपर्क क्रमांकाव्दारे प्राप्त झालेले आहेत. मला खालील क्रमांकावरुन असे बदनामीकारक आणि शिवीगाळ करणारे संदेश वाटसअॅपव्दारे आले आहेत. सदर कागदपत्रे मी सोबत जोडत आहे.(Annexture-23 & 23A)

7- +44 7361 631990 (Screenshot saved as +44 7361 631990)
8- +44 7361 625406 (Screenshot saved as Harassment 5)
9- +44 7848 160707 (Screenshot saved as Harassment June 10 2022)
10- +48 732 231 689 (Screenshot saved as Harassment June 2022)
11- +91 97172 83365 (Screenshot saved as Harassment July 6)
12- +971 58 536 8959 (Screenshot saved as July 8)
13- +91 73762 39916 (Screenshot saved as July 22)
14- +91 81309 47167 (Screenshot saved as July 2022)
15- +44 7360 249455 (Screenshot saved as Harassment)
16- +91 95037 39997 (Screenshot saved as Kanika Fake)
17- +44 7361 628478 (Screenshot saved as Priya Harassment)

वरील गोष्टीच्या आधारे माझी अशी खात्री झाली आहे की, सदरचे बदनामीकारक संदेश पाठवण्यामध्ये कु. अनु शहा ही सहभागी आहे आणि माझ्या विरुध्द सोशल मिडीयामध्ये बदनामीकारक पोस्ट करीत आहे. एवढेच नव्हे तर मला असा संशय आहे की, कु. अनु शहा हीनेच माझे फेसबुक प्रोफाईल हॅक केले आहे आणि वर नमुद केल्याप्रमाणे माझ्याविरुध्द बदनामीकारक पोस्ट टाकलेली आहे. मला असे देखील वाटते की कु. अनु शहा हिने स्वतः किंवा अन्य मार्गाने बेकायदेशीर कृती करुन मला आणि माझ्या ओळखीच्या मित्रांना त्रास देण्यासाठी माझ्याविरुध्द बदनामी करणे चालु ठेवलेले आहे.

जुन 2021 पासून ते दि. 18/01/23 पर्यंत कोणीतरी अज्ञात व्यक्तीने कु. श्रेया सिंघानीया (https://www.facebook.com/shreya.singhania.33821189)हिचे बनावट फेसबुकवर प्रोफाईल तयार करुन मला रिक्वेस्ट पाठवली त्याचप्रमाणे स्वतःची ओळख लपवून अनेक माध्यमाव्दारे जसे व्हाॅटसअप, फेसबुक, स्काईप, इंस्टाग्राम, लिंकडीन, एसएमएस वगैरे व्दारा अशा मार्गाने शिवीगाळ देणारे, धमकीचे व बदनामीकारक संदेश मला व माझे ओळखीच्या मित्रांना आणि कुटुंबियांना पाठवले आहेत. तसेच दि. 21/06/22 ते दि.24/06/22 रोजीपर्यंत माझे फेसबुक अकाऊंट Jason Kothari (URL - https://www.facebook.com/jason.kothari?mibextid=LQQJ4d) हॅक करुन त्यावर माझ्या उपरोक्ष पोस्ट केली व काही लोकांना मॅसेज पाठवले म्हणून माझी अज्ञात व्यक्तींविरुध्द तक्रार असून पुढील कायदेशीर कारवाई होणेस विनंती आहे.

माझा जबाब मराठीत टाईप केला असून तो मला मराठीत वाचून हिंदीतून समजावून सांगितला असता माझे सांगणेप्रमाणे बरोबर आहे.

समक्ष,

(निलेश बनकर)
सहा. पोलीस निरीक्षक,

N.C.R.B (एन.सी.आर.बी)

I.I.F.-I (एकीकृत अन्‍वेषणफॉर्म - १)

मलबार हिल पोलीस ठाणे, मुंबई

13. **Action taken: Since the above information reveals commission of offence(s) u/s as mentioned at Item No. 2.**
   (केलेली कारवाईः बाब क्र.२ मध्ये नमूद केलेल्या कलमान्वये वरील अहवालावरून अपराध दिसून आल्यामुळे):

   (1) **Registered the case and took up the investigation** (प्रकरण नोंदविले आणि तपासाचे काम हाती घेतले): or (किंवा):

   (2) **Directed (Name of I.O.)** (तपास अधिका-याचे नाव): Rank (हुद्दा): पोलीस निरीक्षक SANJAY RAJARAM DHUMALE

   No. (क्र.):         to take up the Investigation (तपास करण्याचे अधिकार दिले) or (किंवा)

   (3) **Refused investigation due to** (ज्या कारणामुळे तपास करण्यास नकार दिला): or (किंवा)

   (4) **Transferred to P.S.** (गुन्हा दुसरीकडे पाठविला असल्यास त्या पोलीस ठाण्याचे नाव):

   District (जिल्हा):         on point of jurisdiction (अधिकाराच्या दृष्टिकोनातून).

   **F.I.R. read over to the complainant / informant, admitted to be correctly recorded and a copy given to the complainant /informant, free of cost.** (प्रथम खबर तक्रारदाराला/खबरीला वाचून दाखविली, बरोबर नोंदविली असल्याचे त्याने मान्य केले आणि तक्रारदाराला/खबरीला खबरीची प्रत मोफत दिली)

   **R.O.A.C.** (आर.ओ.ए.सी.)

   **Signature of Officer in charge, Police Station** (ठाणे प्रभारी अधिका-याची स्वाक्षरी)

14. **Signature / Thumb impression of the complainant / informant** (तक्रारदाराची/खबर देणा-याची सही/अंगठा)

   **Name (नाव):** RAJAN NARHARI RANE

   **Rank (हुद्दा):** I (Inspector)

   **No. (क्र.):**

15. **Date and time of dispatch to the court** (न्यायालयात पाठवल्याची तारीख व वेळ):

9

**N.C.R.B (एन.सी.आर.बी)**

**I.I.F.-I (एकीकृत अन्वेषणफॉर्म - १)**

**Attachment to item 7 of First Information Report** (प्रथम खबरीतील मुद्दा क्र. ७ ला जोडपत्र)

**Physical features, deformities and other details of the suspect/accused: ( If known / seen )**
(संशयीत/आरोपीचे (माहित असलेल्या/पाहिलेल्या) शारीरिक वैशिष्ट्ये, व्यंग आणि इतर तपशील)

| S. No. (अ.क्र.) | Sex (लिंग) | Date / Year Of Birth (जन्मतारीख वर्ष) | Build (बांधा) | Height (cms) (उंची(से.मी) | Complexion (रंग) | Identification Mark(s) (ओळखीच्या खुणा) |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 1 | | | | - | | चेचक: क्र. |

| Deformities / Peculiarities (व्यंग वैशिष्ट्ये) | Teeth (दात) | Hair (केस) | Eye (डोळे) | Habit(s) (सवयी) | Dress Habit(s) (पोषाखाच्या सवयी) |
|---|---|---|---|---|---|
| 8 | 9 | 10 | 11 | 12 | 13 |
| | | | | | |

| Language/Dialect (भाषा/बोली) | Place of (चे ठिकाण) | | | | | Others (इतर) |
|---|---|---|---|---|---|---|
| | Burn Mark (भाजल्याच्या खुणा) | Leucoderma (कोड) | Mole (तिळ) | Scar (व्रण) | Tattoo (गोदण) | |
| | 15 | 16 | 17 | 18 | 19 | 20 |
| 14 | | | | | | |

**These fields will be entered only if complainant/informant gives any one or more particulars about the suspect/accused.**
(जर तक्रारदार/माहिती देणा-याने संशयीत/आरोपीविषयी एक किंवा त्यापेक्षा अधिक तपशील दिल्यास फक्त यातील रकान्यांची नोंद घेतली जाईल)