

Viral Bhagat <viralbhagat@gmail.com>

## Fwd: $600 to get your IG back
1 message

**Rushad Dordi** <rushad.dordi@gmail.com>  Thu, Mar 13, 2025 at 7:32 PM
To: Viral Bhagat <viral.bhagat@gmail.com>

---------- Forwarded message ---------
From: **Rushad Dordi** <rusahdkdordi2023@gmail.com>
Date: Tue, Apr 25, 2023 at 9:24 AM
Subject: Re: $600 to get your IG back
To: rdordi@bloomberg.net <rdordi@bloomberg.net>
Cc: Rushad.dordi@gmail.com <Rushad.dordi@gmail.com>


Don't get your panties in knot.
Give the money and get your account back.
Send the screenshot once you have transferred will email you the password

On Sunday, April 23, 2023, Rushad Dordi <rusahdkdordi2023@gmail.com> wrote:
> Transfer $600
> Zelle 118s611w@gmail.com or Venmo @lowkeymediamag
> Send screenshot once done
> You will have the password back