

**Viral Bhagat <viralbhagat@gmail.com>**

## Fwd: Security alert for rusahdkdordi2023@gmail.com
1 message

**Rushad Dordi** <rushad.dordi@gmail.com>                                             Wed, Mar 5, 2025 at 9:06 PM
To: Viral Bhagat <viral.bhagat@gmail.com>

---------- Forwarded message ---------
From: **Google** <no-reply@accounts.google.com>
Date: Wed, Mar 5, 2025 at 9:58 PM
Subject: Security alert for rusahdkdordi2023@gmail.com
To: <rushad.dordi@gmail.com>



Your Google Account has been deleted

 rusahdkdordi2023@gmail.com

This message confirms that your Google Account rusahdkdordi2023@gmail.com was deleted.

If you didn't delete your account, please visit our account recovery page immediately to restore access.

Google Accounts can only be restored within a short period of time after deletion.

You received this email to let you know about important changes to your Google Account and services.

© 2025 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA



**Viral Bhagat <viralbhagat@gmail.com>**

### Fwd: Someone added you as their recovery email
1 message

**Rushad Dordi** <rushad.dordi@gmail.com>                                                        Wed, Mar 5, 2025 at 9:05 PM
To: Viral Bhagat <viral.bhagat@gmail.com>

---------- Forwarded message ---------
From: **Google** <no-reply@accounts.google.com>
Date: Wed, Mar 5, 2025 at 9:35 PM
Subject: Someone added you as their recovery email
To: <rushad.dordi@gmail.com>

Google

**Someone added rushad.dordi@gmail.com as their recovery email**

rusahdkdordi2023@gmail.com wants your email address to be their recovery email.

If you don't recognize this account, it's likely your email address was added in error. You can remove your email address from that account.

Disconnect email

You can also see security activity at
https://myaccount.google.com/notifications

English l Русский l Deutsch l 日本語 l español l français l 中文 l português l italiano l polski l ...

You received this email to let you know about important changes to your Google Account and services.
© 2025 Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA