UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

Case No.: 1:24-cv-01424-VEC

VIRAL BHAGAT,

        Plaintiff,

— against —

ANUJA SHARAD SHAH A/K/A ANU SHAH,

        Defendant

---

**AFFIDAVIT OF VIRAL BHAGAT**

I, **Viral Bhagat**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Viral Bhagat, and I am the Plaintiff in the above-captioned matter. I make this affidavit based on my personal knowledge.

2. Attached as Exhibit B to Plaintiff's First Set of Requests for Admission ("RFA Exhibit B") and Exhibit B to Plaintiff's Motion to Deem Facts Admitted And Genuineness Of Documents ("Motion Exhibit B") are true and accurate copies

of the LinkedIn messages exchanged between me and the Defendant, Anuja Sharad Shah a/k/a Anu Shah.

3. These messages were retrieved directly from my LinkedIn account, and they accurately reflect the communications that occurred between me and the Defendant without any alterations or modifications.

4. To the best of my knowledge, the timestamps, content, and sequence of messages in RFA Exhibit B and Motion Exhibit B are an exact representation of my correspondence with the Defendant.

5. I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Executed on this <u>17</u> day of March, 2025.**

**Dated:** San Francisco Bay Area, CA
March 17, 2025

**VIRAL BHAGAT**

DocuSigned by:

*Viral Bhagat*

B4F31091E91C4BF...

**E:** viral.bhagat@gmail.com
**P:** +1 646 384 8158

*Pro Se*