UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

    Plaintiff,

— against —

ANUJA SHARAD SHAH A/K/A ANU SHAH,

    Defendant

---

Case No.: 1:24-cv-01424-VEC

**MOTION TO EXPAND THE SCOPE OF DISCOVERY**

Plaintiff, Viral Bhagat, respectfully moves this Court to modify the current discovery scope to include materials and information from **April 1, 2022, to the present**, instead of the currently limited period beginning **January 1, 2023**. This extension is necessary to ensure a complete and fair discovery process that encompasses key events relevant to Plaintiff's claims.

**RELIEF REQUESTED**

Plaintiff requests that this Court expand the discovery period to cover April 1, 2022, to the present, allowing Plaintiff access to relevant documents and communications necessary for a fair adjudication of this case.

Dated: San Francisco Bay Area, CA
March 15, 2025

**VIRAL BHAGAT**

*/s/ V. Bhagat*

E: viral.bhagat@gmail.com
P: +1 646 384 8158

*Pro Se*

---

Defendant shall file a letter responding to this letter-motion by **March 24, 2025**. SO ORDERED.

Dated: March 19, 2025
      New York, NY

SO ORDERED

*/s/ Robyn Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE