

| | | |
|---|---|---|
| Ira S. Nesenoff<br>Andrew T. Miltenberg<br>Stuart Bernstein<br>_____<br>Tara J. Davis<br>Gabrielle M. Vinci<br>Christine Brown<br>Kara L. Gorycki | Barbara H. Trapasso<br>Robert Kaftari<br>Adrienne D. Levy<br>Kristen Mohr<br>Helen Setton<br>Rodman Streicher<br>Kimberly Courtney | Susan E. Stark<br>Regina M. Federico<br>Nicole Hoehle<br>*Senior Litigation Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |

**ATTORNEYS AT LAW**
**nmllplaw.com**

March 17, 2025

**VIA ECF AND EMAIL**
TarnofskyNYSDChambers@nysd.uscourts.gov
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re**: ***Bhagat v. Shah***, **Case No. 24-CV-01424 (VEC)**
**Request to Redact Hearing Transcript**

Dear Magistrate Judge Tarnofsky,

The undersigned represents Rushad Dordi ("Mr. Dordi"), who is not a party to the above-referenced action, in regard to the subpoena for documents and testimony dated January 6, 2025, which Your Honor ordered to be provided to Mr. Miltenberg on January 8, 2025 (the "Subpoena"). ECF No. 76. In accordance with Your Honor's Individual Practices, we submit this letter request to redact portions of the transcript of the telephonic hearing that took place on February 14, 2025 (ECF 119, 125), concerning Defendant's motion to compel Mr. Dordi's response to the Subpoena. The portions of the hearing transcript that Mr. Dordi seeks to redact concern a confidential court proceeding. He also seeks to redact the name of a nonparty, an individual who has complained that Defendant harassed him. Your Honor previously ordered this information to be filed under seal in connection with the motion to compel. (ECF No. 111).

"The privacy interests of third parties weigh heavily" in balancing the public's right of access against the redaction or sealing of documents. *U.S. v. Amodeo*, 71 F.3d 1044, 1050-1051 (2d Cir. 1995); *Fairstein v. Netflix, Inc.*, 2023 WL 6164293, at *2. The redactions are also narrowly tailored. *Fairstein*, 2023 WL 6164293, at *5-*6 (allowing sealing/redaction of nonparty communications with Plaintiff, some of which bore no relevance to the claims or defenses in the action). A highlighted copy of the transcript has been enclosed herewith for the Court's review. The redactions sought are as follows:



| Page | Line(s) |
|---|---|
| 8 | 16-24 |
| 11 | 10-12 |
| 12 | 12-17 |
| 12 | 23-25 |
| 13 | 8-10 |
| 16 | 5 |
| 17 | 21-22 |
| 25 | 1 |

Respectfully Submitted,

/s/ *Kara L. Gorycki*

Encl.

cc: all counsel of record via ECF

---

Non-party Rushad Dordi's motion to seal the transcript of the February 14, 2025 conference at ECF 118 is **GRANTED**. Non-party Dordi is directed to file a copy of the transcript with the redactions described in this letter-motion by **March 31, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 142 and to not release the transcript restriction on ECF 118.

Dated: March 19, 2025
     New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400