UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>     Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>     Defendant. | 24-CV-01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A telephonic conference is scheduled for **Wednesday, April 2, 2025 at 10:30 a.m.** Pro se plaintiff and counsel for defendant should be prepared to discuss the motion filed on March 18, 2025 [ECF 147]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 380 303 988#.

DATED: March 24, 2025            SO ORDERED.
      New York, NY

                               _____
                               **ROBYN F. TARNOFSKY**
                               United States Magistrate Judge