

# THE ALBER FIRM
## P.C.

21 Walt Whitman Road

Huntington Station, New York 11746

<u>Telephone</u>:  631-333-1600                           Facsimile: 631-333-1670

http://www.alberlegal.com/WWW.ALBERLEGAL.COM

March 28, 2025

<u>**VIA ECF**</u>
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    **Viral Bhagat v. Anuja Sharad Shah a/k/a Anu Shah, No. 24-CV-014224(VEC)**

Dear Magistrate Judge Tarnofsky:

Pursuant to the Court's Order dated **March 24, 2025, p**lease be advised that the undersigned firm represents **Defendant, Anuja Sharad Shah, in the above-referenced action.**

We respectfully submit this letter to request a brief adjournment of the telephonic conference currently scheduled for Wednesday, April 2, 2025, at 10:30 AM. Counsel for Defendant has a previously scheduled appearance in another court at that time and is unavailable.

We respectfully request that the Court reschedule the conference to a later date at the Court's convenience. We have conferred with Plaintiff, and they consent to this request.

We thank the Court for its kind courtesies on this matter.

Respectfully,

*Lawrence Katz*

_____
Lawrence Katz, Esq.
*Attorneys for Plaintiff*
THE ALBER FIRM, P.C.
21 Walt Whitman Road
Huntington Station, NY 11746
Phone: (631) 333-1600

---

A telephonic conference was scheduled for April 2, 2025. At the parties' request, it is now rescheduled to Thursday, April 3, 2025 at 3:00 p.m. Pro se plaintiff and counsel for defendant should be prepared to discuss the motions filed on March 16 [ECF 144] and March 18, 2025 [ECF 147]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 380 303 988#.

The Clerk of Court is respectfully requested to grant ECF 161.

SO ORDERED

Date: 3/31/2025
New York, NY

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE