

**Viral Bhagat <viralbhagat@gmail.com>**

# Fwd: Cease and Desist: Complicity in Violation of Restraining Order & Notice of Further Action
3 messages

---

**Tathagata Sarkar** <tathagata27@gmail.com>   Thu, Mar 27, 2025 at 10:34 PM
To: viral.bhagat@gmail.com

---------- Forwarded message ---------
From: **Tathagata Sarkar** <tathagata27@gmail.com>
Date: Thu, Mar 27, 2025, 6:22 PM
Subject: Re: Cease and Desist: Complicity in Violation of Restraining Order & Notice of Further Action
To: Anu Shah <anushah0821@gmail.com>
Cc: Michael J. Alber <mja@alberlegal.com>, Dustin Bowman <dbowman@sbagk.com>, Renee Vito <rvito@sbagk.com>

You are a small-time con woman. I do not have time for you. But, thankfully someone else does. Somebody wants you to pay for your criminal actions. And that person have proof.

And, you are doing the only things you know how to do to escape consequences:
1. Delay the process as much as possible
2. Keep hiring and firing legal counsel to delay the process further. Every counsel hears the same story that the last counsel was so bad... :-)
3. Make all possible fake allegations against everyone and everything possible
4. Try to intimidate people with chatgpt written letters.
Should I say more?

I hope you do not commit suicide before you face the consequences of your action.

If possible, try to self- introspect someday.

When only friends you have are the ones who do not know you truly, when you need to continue to lie and maintain a fake persona with everyone all the time, is it really worth it?  When you have to lie about your 40+ age to guys you date, don't you feel a little ashamed? A little guilt?

I know, it is suffocating. I know you will not admit it. I do not care.
But, you harmed someone who is 10000x more principled than you are. And that person is on a crusade for justice. You will finally face consequences of your long running con chain. You can run but you cannot hide from your past misdeeds catching up on you.

Also, please note that I know that every communication I have ever had with anyone, can be presented to the court, legal system and the entire world. You can present this email and every communication from me to court, be my guest.
I am a straight arrow, I do not live life in a dark fear like you do. Before you deny, here is sample screenshot for your viewing pleasure.



On Thu, Mar 27, 2025 at 5:57 PM Anu Shah <anushah0821@gmail.com> wrote:
> Thanks Rat!
> Take me to the court then and prove it!
> lol 😜
> Viral's prodyctjon discovery has Dordi say that I blocked you on all the channels! We have evidence of your doings, do you have any of mine? lol 😜

On Thu, Mar 27, 2025 at 5:53 PM Tathagata Sarkar <tathagata27@gmail.com> wrote:

> Given we are playing legal sounding email pingpong. Here is one from me-->
>
> Hi Michael, Dustin, Renee, Anu,
>
> I am writing to you in your professional capacity as legal counsel for Ms. Anu Shah to formally and unequivocally request that your client immediately and permanently cease all direct or indirect contact with me in any form, medium, or manner whatsoever. This request is being made due to an ongoing and escalating pattern of communication from your client that I find unwarranted, intrusive, distressing, and, frankly, deeply concerning. My repeated attempts to resolve this matter amicably and informally have been entirely ignored, and I am now left with no choice but to escalate this request in the most formal and definitive manner possible.
>
> Given the continued disregard for my previously stated wishes, I am compelled to outline in great detail the nature, frequency, and consequences of this unwanted contact so that you fully appreciate the gravity of the situation. I hope

that this extensive communication will ensure there is no ambiguity regarding my position and will impress upon both you and your client the necessity for immediate and complete compliance with my request.

## Background and Context

To provide full transparency and a complete understanding of the situation, I am compelled to meticulously document the extent of the contact I have received from your client and the reasons why I am making this urgent and formal request. The following timeline and details illustrate the persistent and unwelcome nature of your client's communication:

**1. Unwanted Contact via Multiple Channels:**

- Your client has attempted to reach me through an alarming variety of communication methods, including but not limited to:
    - Phone calls (both from known and unknown numbers, indicating potential efforts to bypass call blocking features)
    - Text messages, often sent at inappropriate hours, demonstrating a disregard for personal boundaries
    - Emails, sometimes from personal accounts and other times from professional accounts, making it clear that this is not an incidental occurrence but a calculated and persistent effort to communicate
    - Social media messages, including direct messages on platforms such as Facebook, Instagram, and LinkedIn, highlighting the invasive and relentless nature of your client's contact
    - Indirect communication through mutual acquaintances, in which third parties have relayed messages on behalf of your client, despite my explicit instructions that all communication cease

**2. Escalation of Contact Despite Clear Requests to Stop:**

- Initially, the frequency of these messages may have been occasional, but they have since escalated dramatically in both volume and urgency.
- I have observed a clear pattern in which messages increase in intensity, often after I have failed to respond, which further emphasizes the intrusive and inappropriate nature of this communication.
- In some instances, the language used by your client has become increasingly emotional, erratic, and at times even vaguely threatening, which is of great concern to me.
- The attempts to contact me have occurred at inappropriate hours, including late at night and early in the morning, further exacerbating my distress and anxiety regarding the situation.

**3. Psychological and Emotional Impact on My Well-Being:**

- The persistent and unwarranted nature of this communication has caused me considerable stress and anxiety, which has begun to interfere with my daily life and sense of security.
- I feel that my right to personal space and peace of mind has been repeatedly violated, leaving me in a constant state of unease and discomfort.
- I have had to take extraordinary measures to protect my privacy, including changing my phone number, blocking social media accounts, and avoiding certain mutual social circles to escape further contact from your client.
- These efforts have resulted in a significant disruption to my normal activities, social interactions, and professional responsibilities, further demonstrating the detrimental impact of your client's behavior.

**4. Previous Warnings and Requests:**

- I have explicitly and repeatedly made it clear to your client that I do not wish to have any further contact with them.
- These requests have been communicated through multiple channels, including written messages and verbal statements, making it impossible for your client to claim ignorance regarding my stance on this matter.

- Despite these numerous and unequivocal requests, your client has chosen to persist in their unwanted contact, leading me to the conclusion that further informal attempts to resolve this issue will be futile.

## Formal Request to Cease and Desist

Given the detailed and extensive nature of the above facts, I am now demanding in the clearest terms possible that you, as your client's legal representative, take immediate and decisive action to ensure that your client:

1. **Immediately ceases all forms of direct and indirect contact with me**, including but not limited to:
    - Phone calls
    - Text messages
    - Emails
    - Social media messages
    - Communication through third parties
2. **Refrains from any in-person contact or approaching me in any setting,** whether public or private, under any circumstances.
3. **Ceases any attempt to make defamatory or false statements about me to third parties** in retaliation for my refusal to engage with them.
4. **Understands that any further attempt to contact me will be considered harassment and will result in swift and serious legal action.**

## Legal Considerations and Next Steps

While I would strongly prefer to avoid the need for further legal action, I will not hesitate to pursue all available legal remedies should my request be ignored. The potential consequences for your client include:

- **Filing a formal harassment complaint with the authorities**, which may lead to legal penalties.
- **Seeking a restraining order or protective order** to legally prevent your client from making any further contact with me.
- **Pursuing civil action** should I suffer further emotional distress, reputational damage, or any other harm as a result of your client's continued actions.

## Final Notice and Expectations

I am expecting a written confirmation from you or your client acknowledging that they understand and will comply with this request in its entirety. Failure to provide such confirmation will be taken as an indication that your client has no intention of voluntarily ceasing their harassment, at which point I will proceed with immediate legal action without further warning.

Should any further contact occur following this communication, I will interpret it as a deliberate act of harassment, and I will respond accordingly through the appropriate legal channels to ensure that my rights are protected and that your client faces the necessary consequences for their actions.

This is my final attempt to resolve this matter amicably. I trust that you, as legal counsel, will advise your client appropriately and ensure that this situation is rectified without further escalation.

Please confirm receipt of this letter and provide a response outlining your client's position at your earliest convenience. Should you require any additional information to facilitate compliance with this request, please do not hesitate to contact me.

Sincerely,
Tat Sarkar

On Thu, Mar 27, 2025 at 5:39 PM Tathagata Sarkar <tathagata27@gmail.com> wrote:

I am not your brother. You are a liar, thief and fraud and I would have committed suicide out of shame if I had a sister like you. Maybe that is why your family is so messed up.

Also, I did not and will not confirm and deny anything from your email. I do not need to. Your stupid trickery works on morons
.
I iterate, I will continue to do whatever my free will wants. And, I will change nothing because of your stupid email threat.

Please go ahead and take legal action against me, as you threatened. Please do.

Please do not contact me again. If you are actually capable of doing anything other than sending fake empty threats, please do. I am begging you.  :-) :-)

XOXO


On Thu, Mar 27, 2025 at 5:24 PM Anu Shah <anushah0821@gmail.com> wrote:
> Thanks bro, thanks for validating that you did indeed help Dordi violate his restraining order. That's all that I needed!
>
> On Thu, Mar 27, 2025 at 5:21 PM Tathagata Sarkar <tathagata27@gmail.com> wrote:
>> Haha... This email is very much in line with what is expected from an international fraudster like you. Just because your deceit, lies and fake puffery works on some gullible people, you think it can have an impact on me!? Good for you.
>>
>> Please execute on your threats. I do not give a rat's ass about fake puffery from a serial criminal like you. Please, I request you to go ahead and execute on whatever threat you are making. I know what you are capable of. And, lying and more lying and and faking is the full extent of your competency. Please execute on your threat, if you actually are capable of doing anything.
>>
>> And, I will continue to do whatever my free will wants. I do not care about your 'serious looking official sounding chatGPT generated email'. You can print your email and shove it up yours. I will not start doing or stop doing a single thing because of your stupid email.
>>
>> Never contact me again, you thief, lier, fraud! You are too beneath my level to waste my time on you.
>>
>> Also, did you pay any of your past lawyers?  Does @Michael know that he is never going to get paid after the first retainer? :-)
>>
>> Hope you are having a fun time as the consequence of your misdeeds starts to catch up with you.
>>
>> Best regards,
>> Tat
>>
>> On Mon, Mar 24, 2025 at 3:06 PM Anu Shah <anushah0821@gmail.com> wrote:
>>> Tat,
>>>
>>> Let me be absolutely clear. I have not spoken to you or reached out to you since late 2019. We have had zero contact for nearly five years.
>>>
>>> However, through the recent discovery production from Viral Bhagat, it has become undeniably evident to both me and my legal team that Rushad Dordi contacted you in 2024. You did not merely receive this communication—you **actively aided** in verifying my employer details and providing a **discounted coupon** to him and Bhagat to use a third-party background verification platform with the explicit purpose of uncovering my physical address and employment information. This directly enabled Dordi's **continued stalking and harassment**, in direct violation of a court order.
>>>
>>> I remind you that I have had an **active restraining order against Rushad Dordi since November 2023**. This order **explicitly prohibits** any form of stalking (online or physical), harassment, or communication—including through third parties. Your involvement constitutes **aiding and abetting a violation of a legally binding court order**, which is a serious offense, punishable by **contempt charges and jail time**.

> Consider this formal notice. If you continue to engage in or facilitate any action that compromises my safety, privacy, or mental well-being, I will take **swift and aggressive legal action** against you without hesitation.
>
> Furthermore, I will also be disclosing to **USCIS** evidence of your past misconduct—including chat records and supporting documentation—of your **deliberate attempts to circumvent U.S. immigration laws**. This includes your **attempt in 2015/16 to lure a Harvard Law graduate into marriage** solely to secure a Green Card, as well as other efforts over the next few years to solicit matches for the same purpose. Your <u>*unethical and potentially fraudulent conduct*</u> in seeking legal working status in the U.S. will be formally reported to the **appropriate immigration and federal authorities**.
>
> Any further misconduct on your part will significantly escalate the severity of legal and federal consequences you face. You are now fully on notice.
>
> Govern yourself accordingly!
>
> Anu Shah

---

**Tathagata Sarkar** <tathagata27@gmail.com>                                         Fri, Mar 28, 2025 at 6:40 AM
To: Anu Shah <anushah0821@gmail.com>
Cc: "Michael J. Alber" <mja@alberlegal.com>, Dustin Bowman <dbowman@sbagk.com>, Renee Vito <rvito@sbagk.com>
Bcc: viral.bhagat@gmail.com

Dear Ms Anu Shah,
I hope this email finds you well.

You made some efforts to intimidate me in your prior email dated Mar 24, 2025 at 3:06 PM. And, I made it abundantly clear that I will not start or stop doing a single thing based on your foolish effort to intimidate me. Let me put this on record that, if you/your lawyer sends me any 'legal demand' , I will happily pee on that legal demand letter and send you back. I am not going to let a con-woman like you dictate what I can or cannot do with my free will.

You made some not-so-veiled threat to retaliate if I do not acquiesce to your demand. Here is me, declaring that I will not give in to a single demand of yours.

I hope you do act on your threats and try to 'punish me' for not bending to your will. **But, I know, you won't do a thing beyond sending some cheap email/physical letters and hoping that the I get intimidated.** Do you know how I know that? I know that, because, I know that you are, as they say in legalese, **'full of shit'.** Your bluff and lies work on gullible idiots. Every aspect of your life and personality sucks except the fake-success PR facade which you paint to fool new victims. I have evidence (more on that below), and I will happily reach out to every social media contact you have, with that evidence. And, it happens, you have no way to stop me. Maybe, try sending me your 'cease and desist' letter and see how scared I become after receiving a piece of paper with 'cease and desist demand and further threats of retaliation'.

Btw, within 2 hours of research, here are the claims I can establish. And before you shout 'irrelevant' , there are at least a dozen precedent cases I can reference for the court to allow admission of evidence to establish a 'pattern of behavior'.

**History of non payment :** *Here is what I can establish...*

- At least 4 lawyers have gone on record to claim that you did not pay them for their services
- All these 4 lawyers have submitted publicly available letters to the court with statements indicating that. Unless your lawyers were lying, we all know what happened there.
- Your landlord initiated eviction proceedings against you for non payment of rent - twice

**History of Stalking** : *Here is what I can establish...*

- You stalked at least two of Tejas Patel's ex-girlfriends after being rejected by Tejas.
- You stalked at least one of Nirav's
- You stalked Faraz's past relationships
- You stalked Nishant's ex girlfriend Dr. Shruja Patel
- You stalked Rushad Dordi after being rejected by him

**History of court cases :** *Here is what I can establish...*

- By your own admission, you have at least two court cases against your ex-boyfriends or romantic partners

- In those cases, you are alleged to have fraudulently accessed someone's social media account, impersonated them and published disparaging content. **Please note that these allegations are beyond civil matter and a criminal case can be pursued for these acts.**
- You were arrested for domestic violence against your romantic partner
- I can prove that you alleged physical violence against at least 2 of your ex boyfriends- both seemed to have choked you.(btw, before that, you texted me : "sex with them" was good.)
- You have court cases against you pending in India and Kigali.

**Career** : *Here is what I can establish...*
Time and again, you fake a success story to land a job / gig and then as soon as the employer/company finds that you are just a con woman, you skip ship and find another victim. I understand that you will claim all those as 'proof of your successful and stellar' career. We will see who can prove their claim in front of the jury.

**Personal life:** *Here is what I can establish...*

- You have been trying to trap some successful high profile guy to get married (you have texted me). All these guys are generally respectable, high earning (at least $400k+ per year) members of the society.
- But every time, from Tejas P to Nirav to Rushad to Viral --- every person seems to turn on you and 'abuse' you.
- You have actively lied about your ripe age of 41 and claimed yourself to be of 30+ at various occasions

**Mental health** : *Here is what I can establish...*
By your own admission, (you have sent me several texts to establish that) you have a history of mental health problems and continue to project your mental health complications on people around you, including your romantic partners.
You have simultaneously dabbled multiple potential partners and gone back and forth between 'they were the worst persons' to 'they were the best things that happened to you'.

I know that most of the points above are petty and you are a small time con-woman who nobody will have time for.

But, I can provide this evidence to support court cases against you to establish a pattern of malicious behavior. And, you have opened the door to get that evidence admitted. I hope you sue me to open the door wider. And, while not very common, it is not unprecedented for the court to allow admission of past behavior to establish a pattern :
- People v. Zackery, 147 Cal.App.4th 380 (2007)
- State v. Daniels, 37 Conn. App. 733 (1995)
- there are a dozen more...

Bring it on, Ms. Anu Shah! Let your legal barrage begin. Please do. Also, please remember to pay your legal counsel. You seem to forget to do that. Often. :-)

Yours sincerely,
Tat Sarkar
*(Scared and shivering after receiving your threats and warnings. :-) )*

[Quoted text hidden]

---

**Tathagata Sarkar** <tathagata27@gmail.com>                                              Fri, Mar 28, 2025 at 7:48 AM
To: Anu Shah <anushah0821@gmail.com>
Cc: "Michael J. Alber" <mja@alberlegal.com>, Dustin Bowman <dbowman@sbagk.com>, Renee Vito <rvito@sbagk.com>
Bcc: viral.bhagat@gmail.com

Thank you very much. I hope you act on your threats and not just keep sending email threats. I am looking forward to handling the matter in front of the court of law in the future.

But, obviously, your unpaid legal counsel has not bothered to respond to any email. Pay them. Seriously. It is not a good practice to not pay your legal counsel for their services and then disparage them.

And, let me strenghten your case further by declaring on record :

"I , Tat Sarkar, under the penalty of perjury, drclare that, it will give me great pleasure to see that justice prevails and a serial con woman like Ms. Anu Shah is brought to justice and pay her dues to the society.  I will assist any person(s) who pursue their quest for justice in this matter in every legal, ethical way I can, within my means. I will also consider it a social service to let other members of the society know of Ms. Anu Shah's character and pattern of malicious behavior.  "

Your fake puffery cannot intimidate me and I will wait for you to actually follow through on your legal threats.

We will see who the jury finds credible. A person with unblemished record or a person who creates mess and chaos in every environment they enter. When every car is coming your way, may be you are driving in the wrong lane.

Looking forward to hearing from your legal counsel.


Thanks,

Tat


P.S: I am so scared that I have not stopped  shivering since I received your threat.


On Fri, Mar 28, 2025, 10:01 AM Anu Shah <anushah0821@gmail.com> wrote:

> Rat Sarkar,
>
> Thank you for so thoroughly illustrating the very behavior my legal counsel warned me about. Your emails are a masterclass in projection, defamation, and self-incrimination.
>
> Let's be clear—your baseless claims, personal attacks, and amateur legal posturing might impress a Reddit thread, but they carry no weight in a court of law. What they *do* accomplish is documenting your aggression, your disregard for a standing restraining order, and your disturbing obsession with my life.
>
> You've made it abundantly clear that your objective is not justice—it's retaliation. And while you continue spinning narratives, I'll continue relying on actual facts, legal standing, and the professional integrity it takes to build what you so clearly envy. You seem confused about many facts blinded by your own frustration of a mediocre life and career. It takes discipline, intelligence, and resilience—not discount codes for background checks and long-winded rants riddled with malice. You're not exposing me—you're exposing yourself.
>
> This is the last time you'll hear from me. All further communication will be documented and handled by my attorneys. Any continued harassment will only strengthen my case and hasten yours!!
>
> Govern yourself accordingly.
>
> Anu Shah
>
> ---
>
> Good luck to you with your
> [Quoted text hidden]