UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

               Plaintiff,

    -against-

ANUJA SHARAD SHAH,

               Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **Friday, April 11, 2025 at 2:00 p.m.** The pro se plaintiff and counsel for defendant should be prepared to discuss Plaintiff's motion [ECF 168]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 164 150 454#.

DATED:  April 7, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge