UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

   -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiff is directed not to begin production in response to the subpoena (*See* ECF 173, at 6-7) until **April 25, 2025**, if Defendant does not file an objection to the subpoena in the family court by **April 24, 2025**, or, if Defendant does file an objection with the family court to the subpoena by **April 24, 2025**, until the family court adjudicates the objection. The Clerk of Court is respectfully requested to terminate ECF 173.

DATED: April 9, 2025
            New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge