

```
700 13th Street, NW         T +1.202.654.6200
Suite 600                   F +1.202.654.6211
Washington, D.C. 20005-3960   PerkinsCoie.com
```

Michael Bleicher
mbleicher@perkinscoie.com
D. +1.202.654.6328

November 14, 2023

**VIA EMAIL**

Anu Shah
Address:
12562 Arroyo De Arguello
Saratoga, CA 95070
anushah0821@gmail.com

Re:   Cease and Desist Abuse of Meta - Anu Shah

Dear Ms. Shah:

We represent Meta Platforms, Inc. ("Meta," previously known as Facebook, Inc.), based in Menlo Park, California, U.S.A. Meta operates, among other products, Facebook and Instagram. Meta has gathered evidence that you submitted fraudulent requests using the Oops tool in order to facilitate account recovery or account takeover for Instagram users who were not family and friends and did not request your support. You also accessed the account of another person to share inappropriate content on their account. These activities violate Meta's Terms of Service and Instagram's Terms of Use, as well as the Facebook Community Standards and Instagram Community Guidelines.

**Meta demands that you stop all activities in connection with this conduct immediately.**

Meta takes the protection of the user experience very seriously, and it is committed to keeping its products safe for users to interact and share information. It has developed terms and policies to protect the user experience and facilitate these goals.

Meta's Terms of Service and Instagram's Terms of Use prohibit, among other things:

- Interfering with or impairing the intended operation of Facebook and Instagram, including but not limited to, misusing any reporting, dispute, or appeals channel, such as by making fraudulent or groundless reports or appeals;

- Using another person's Facebook or Instagram account without authorization;

- Selling, licensing, or purchasing an Instagram account or account privileges;

November 14, 2023
Page 2

- Misleading users;

- Doing anything unlawful, misleading, or fraudulent or for an illegal or unauthorized purpose;

- Sharing content you did not have the right to post;

- Posting personal information meant to blackmail or harass someone;

- Posting content targeting private individuals to degrade and shame them; and

- Facilitating or encouraging others to violate Meta's Terms of Service, Facebook's Community Standards, Instagram's Terms of Use, or Instagram's Community Guidelines.

*See* Instagram Terms of Use, http://instagram.com/about/legal/terms/; Meta Terms of Service, https://www.facebook.com/terms.php, Facebook Community Standards [link], Instagram Community Guidelines [link].

Because you have breached Meta's Terms of Service and Instagram's Terms of Use, Meta has taken technical steps to deactivate your Facebook and Instagram accounts, and hereby revokes your limited licenses to access Facebook and Instagram. **This means that you, your agents, employees, affiliates, or anyone acting on your behalf ("You" or "Your") may not access the Facebook or Instagram websites, mobile applications, Platforms, services, or networks for any reason whatsoever.** Meta will treat any further activity by You on its websites, mobile applications, Platforms, services or networks as intentional and unauthorized access to its protected computer networks.

**Please respond to me <u>WITHIN 48 hours</u> confirming that You:**

- Have stopped and will not in the future access the Facebook and Instagram websites and/or use Facebook's and Instagram's services for any reason whatsoever;

- Will not in the future offer, transfer, market, sell or offer to sell any services related to Facebook or Instagram; and

- Will enter into a written agreement memorializing Your commitment to compliance with the demands in this letter.

**Along with Your response, You must provide the following information:**

- A complete list of any and all Facebook and Instagram accounts You have created, accessed, developed, maintained, controlled, or used;

Perkins Coie LLP

November 14, 2023
Page 3

If you ignore this letter and continue your current improper conduct, Meta will take whatever measures it believes are necessary to enforce its rights, maintain the quality of its websites, and protect users' information and privacy.

This letter is not intended by us, and should not be construed by you, as a waiver or relinquishment of any of Meta's rights or remedies in this matter. Meta specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.

Sincerely,

Michael Bleicher

Perkins Coie LLP

CONFIDENTIAL

META_Bhagat_0083