**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **VIRAL BHAGAT,** | Case No.: 1:24-cv-01424-VEC |
| Plaintiff, | |
| — against — | **MOTION TO SEAL** |
| **ANUJA SHARAD SHAH A/K/A ANU SHAH,** | |
| Defendant | |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Section 6 of this Court's Electronic Case Filing Rules & Instructions, Plaintiff Viral Bhagat respectfully moves this Court for an order placing under seal Document 176 and all exhibits attached thereto.

In support of this Motion, Plaintiff states as follows:

1. **Document 176 and its attached exhibits**, filed on April 10th, 2025, contain sensitive, confidential, or otherwise protected material that should not have been filed on the public docket.

2. These materials may include personally identifiable information, private communications, or information designated as confidential under the terms of the **Confidentiality Protective Order** previously entered in this case.

3. Sealing is necessary to avoid undue harm or prejudice and to ensure compliance with applicable laws and protective orders governing the use and disclosure of such information.

4. Plaintiff requests only that Document 176 and its exhibits be placed under seal; the parties and the Court will retain full access.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and issue an order directing the Clerk of Court to place Docket Entry 176, including all exhibits thereto, under seal.

**Dated:** San Francisco Bay Area, CA
April 10, 2025

**VIRAL BHAGAT**


DocuSigned by:
Viral Bhagat

**E:** viral.bhagat@gmail.com
**P:** +1 646 384 8158

*Pro Se*

Application GRANTED IN PART and DENIED IN PART. The Clerk of Court is respectfully requested to only seal ECF 177-1, with access to counsel for defendant and court personnel.

The Clerk of Court is respectfully requested to terminate ECF 179.

Dated: 04/11/2025
    New York, NY

SO ORDERED

**ROBYN F. TARNOFSKY**
**UNITED STATES MAGISTRATE JUDGE**