| From: | Anu Shah |
|---|---|
| To: | Bleicher, Michael (WDC) |
| Subject: | Re: Cease and Desist Abuse of Meta - Anu Shah |
| Date: | Wednesday, November 15, 2023 10:13:35 PM |

In response to your current notice I will like to say that these accusations are baseless and false.
Not even once have I misused or abused Ops Feedback form at Meta, while I was an employee or after my tenure.

While at I Meta, I filled the Ops Feedback form for the following individuals who are my closest friends / family and only after they initiated the request with me via whatsapp messages or phone calls, evidence of which was shared with the investigating team in Dec 2022. I had offered them to get a personal testimony from each of these individuals to prove my innocence. And I can get them to testify even today to prove my innocence.

1. Sujay Bagi - Sujay and I have been friends for 8 years now. We met on campus when he was a student at MIT and I was a student at Harvard. His account was hacked and it was used for financial fraud, duping his followers for $10-20k by falsifying information about great returns from some crypto accounts. I initiated a request to get him access back. And it was successfully done.

2. Salman Sarwer - Salman is a dear friend for the last 3 years and remains till date. His account was compromised in Oct / Nov 2022 and I reached out to help him retrieve that.

3. Yasmeen - She is Salman's cousin and my friend. Not only were we connected on IG and other social media platforms but also remain close friends till date.

4. Priti Rathi Gupta - I have known her since 2020, was my friend on IG and FB. I consulted her startup in 2020. I know her, her family, children, and sister quite well. Till date we remain connected on LinkedIn and Whats App

5. Jason Kothari - He served as my mentor since Jan 2020 and recommender for my Green Card in Aug 2021. When his account was hacked he had requested me to help him retrieve the account. He had also reached out to Ajit Menon (then Head of Meta, India to help him fill the same forms as I did with the Central Escalation Team). The air around the confusion of duplicate filing of his CES forms were clarified with the Indian team in the week of 20th June 2022. If my messages or emails are retrievable Meta investigating team will know the truth.

6. Rushad Dordi - Mr Dordi and I have known each other since 2018. We were friends

on IG since then. Mr. Dorid and I were in a relationship from 2020 to July 2021. I broke up with Mr. Dordi because he was a compulsive abuser, liar and a cheater. He has since been vindictive and has been harassing me and my family through burn number since July 2021. So much so that I used to have anxiety and panic attacks. I filed complaints against him in March 2023 after he confessed to having been after these messages from burn numbers. I have also worked with the family court to get an order of protection against Mr. Dordi.

For several years now, Mr Dordi has been harassing me and several other women through IG DMs. These messages included Mr Dordi demanding pictures of a woman's naked boobs and sending pictures of his dick via IG DMs as well as through burn numbers. Mr Dordi mostly sends these inappropriate dirty pictures in the disappearing or vanish mode on IG DMs. This abuse has been reported a dozen times to Meta (via IG report tool) not just by me but by several women and Meta has done nothing to protect women from such abusers.

It was after several failed attempts of reporting via Meta platforms and getting no result from IG support team that when I got access to Mr. Dordi;s account. I posted screenshots of the same messages that he has been sending me and several women on his platform as a form of retaliation after being harassed for more than 2 years. 2 weeks after this event Mr Dordi and I had a huge throw down, as part of it was an agreement that Mr Dordi wont harass me through any platform and I returned his password back to him, hence giving him full access to his account. And since then he has never harassed me or any of my family members via burn numbers. I have never demanded or gained anything financially from this incident between Mr Dordi and I. Mr Dordi was unaware that I left Meta and hence he went to Meta with a legal notice in an attempt to hurt me but instead Mr. Viral Bhagat was convicted for helping me.

It is also noteworthy, that in the past and currently too Mr. Dordi uses all the Meta platform to make several fake accounts and send harassing messages to me and several other women, demanding their naked pictures or sending lewd sexually explicit pictures of himself. Some of the infamous IG handles of Mr Dordi includes "seemystories" with profile picture of a woman's naked butt as a display picture. This account was reported by 15 women that I know personally and the account was not taken down until we threatened Mr. Dordi personally. Meta has time and again failed to protect women on IG and FB from such predators and abusers.

Viral Bhagat - I had reached out to Mr Bhagat to seek his assistance on the matter regarding Mr. Dordi. He initially empathized and agreed to help. Later when he was being investigated by John Mcdermott at Meta, he wanted to force the evidence that he knew Mr Dordi. He took screenshots of my communication with Mr. Dordi to prove that they are acquainted. I have messages proving that I had offered to come forward,

share the entire truth and explain my side of the truth to Mr John Mcdermott but Mr Bhagat refused. Mr. Bhagat later changed the tune when he was fired. His initial request after he was fired was to seek my support to sue Meta and extract additional compensation from Meta. When I refused to help him he decided to blame it all on me, representing me as the abuser and someone who misled him. When the truth is that he knew from that get go what he was doing and why he was helping. Lastly, he confessed to Meta in having a romantic interest in me (indicating he was lured to do so because of that). His statements are recorded by Mr. John Mcdermott.

Never have I ever exploited anyone nor claimed any monetary benefits or gains in exchange for retrieving the account for any of the friends or family. Never have I initiated anything as an attempt to malign anyone's name or reputation. It was an act in self defense to get an abuser off my back. After being harassed for more than 2 years on different chanels.

I never used Meta or IG to personally defame anyone or spread any false story about any through any of my personal accounts. These fabricated lies are grossly exaggerated by an abuser to protect himself from any kind of legal repercussions in the court of law in New York City.

Several of Meta employees know about this matter and the extent of harassment that I have faced in the last 2 years. I have reached out to the internal operations team for protection too while I was at Meta and no action was taken against Mr Dordi's IG harassment, even when I was an employee at Meta.

Falsified claims made by Mr Dordi have led Meta to encourage a serial abuser and convict me wrongly, without thoroughly investigating the matter!!

7. Ankita Sinha - Here I was a victim of social engineering. And several Meta employees are victims of such activities (as stated in the WSJ article dated Nov 2022). I have never accessed any information associated with that account for any personal or financial gains. This was the case that I had self reported to Meta. Meta didn't know about it. If anything I had confessed to the right authorities informing this case and to having been a victim of social engineering.

It was also around the same time that I was getting calls from numbers with no caller ID saying that they are from the NYPD and would want me to comply with ongoing investigation against Meta. On the day of Thanksgiving in 2022, I was followed by someone in a grocery store in the morning stating that he was a Federal Employee and would like me to comply with the ongoing investigation against Meta. I was so scared that I literally left the country. These phishing attacks made me feel suicidal and extremely vulnerable. All this information is shared via emails to Shannon Roland

and other professionals investigating the matter. I immediately went on leave after that incident because I was afraid for my safety.

It is noteworthy that all this was also happening around the same time as when I figured that Meta's tracking algorithm for advertising products called Ad Recall Lift was in breach of the privacy laws of GDPR and CCPA as the algorithm pulled data from the users Messenger chat to feed the algorithm of Ad Recall Lift. This is a gross breach of privacy and potential lawsuit for Meta if this information would go out.

To shut that matter, the case of social engineering and negligence in that matter was made against me to let me go from Meta. In the closing call with Kevin Jenkins and Shannon Roland I was told that Meta will not disclose the details surrounding the departure; they only confirm the start and the end date, thus not hurting my chances of getting employed again.

**Never have I ever exploited anyone nor claimed any monetary benefits or gains in exchange for retrieving the account for any of the friends or family. Never have I initiated anything as an attempt to malign anyone's name or reputation. It was an act in self defense to get an abuser off my back. After being harassed for more than 2 years on different channels, including on IG by Mr Dordi.** Nor am I interested in gaining anything from Meta in any form. However, incessant harassment from Meta in the last few months has been impacting my mental and emotional well being.

**Meta Cease And Desist Notice for TedX Talk and not updating end date on LinkedIn**

On 16th Sep 2023, Meta sent a cease and desist notice to me claiming that I had misled the TedX team of my false association with Meta when I was no longer an employee. This notice was in response to the posters that the TedX Committee had posted on LinkedIn stating that I was Product Lead at Meta. In response to that notice the TedX Organiser gave a response stating that I was nominated by the Director of University of Leeds for this engagement and that I had made it clear that I was not employed at Meta since Jan 2023. In addition, making it clear that I had not mentioned anything about Meta in my talk and nor had I gained anything financially from this engagement. He further clarified that in the poster posted on LinkedIn platform they mentioned Product Lead at Meta as a way of stating all my past titles and they took the posters down immediately in response to the objection by Meta.

Lawyers representing Meta didn't stop at that. They forced me to make my end date public on LinkedIn, thus hurting my chances of getting employment. This is because if the end is made public many recruiters don't reach out, reducing the inbound emails rate, thus hurting my chances of finding employment. When I tried explaining this fact,

with the supporting evidence of many employees who don't update their last date (including Mr Bhagat was terminated from his role in July), the lawyers instead sent notice to LinkedIn and forced me to update the last working date thus hurting my chances of getting cold reach outs and getting employed sooner.

My chapter with Meta is long over however, If any/ all of these notices and / or false narrative about me continues in / at / through Meta I will take this legally and press charges for emotional and mental harassment through / by Meta. Meta has concluded this against me prematurely without understanding the full picture and knowingly / unknowingly Meta is collaborating with an abuser and / or positioning him to harass and abuse me further. Incessant cease and desist notices from Meta and / or legal representatives of Meta is interfering with my mental state and my ability to work towards securing employment. If this persists without any strong merit from Meta (and / or any of its Legal Representatives) I will take strong legal action against Meta.

On Wed, Nov 15, 2023 at 10:59 AM Bleicher, Michael (Perkins Coie) <MBleicher@perkinscoie.com> wrote:

> Ms. Shah,
>
> This firm represents Meta Platforms, Inc. Please open, review, and respond to the attached correspondence as directed therein.
>
> Best,
> Michael
>
> **Michael Bleicher | Perkins Coie LLP**
>
> COUNSEL
>
> 700 Thirteenth Street, N.W. Suite 600
>
> Washington, DC 20005-3960
>
> D. +1.202.654.6328
>
> F. +1.202.654.6211
>
> E. MBleicher@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.