

700 13th Street, NW
Suite 600
Washington, D.C. 20005-3960

T +1.202.654.6200
F +1.202.654.6211
PerkinsCoie.com

February 27, 2024

Michael Bleicher
mbleicher@perkinscoie.com
D. +1.202.654.6328

**VIA EMAIL**

Anu Shah
12562 Arroyo De Arguello
Saratoga, CA 95070
anushah0821@gmail.com

Re:     Revocation of License to Access Facebook and Instagram - Anu Shah

Dear Ms. Shah:

On November 14, 2023, we sent you a cease and desist letter in which Meta Platforms, Inc. (formerly Facebook, Inc., and hereinafter "Meta") demanded that you stop all activity in connection with (1) submitting fraudulent requests using the Oops tool in order to facilitate account recovery or account takeover for Instagram users who were not family and friends and did not request your support and (2) accessing another user's account to share inappropriate content on their account. Meta has received and reviewed the information you provided in response, and finds that your explanations do not account for the conduct Meta observed.

Accordingly, we write to confirm that, continuing since the date of our original letter, your limited license to access Facebook and Instagram or use Facebook and Instagram services is and remains revoked. This means that you, your agents, your employees and/or anyone acting on your behalf may not access Facebook's or Instagram's website(s), or use any of the services offered by Facebook and Instagram, at any time for any reason.

Be advised: Meta reserves the right to take whatever measures they deem necessary to protect their rights and users. This letter is not intended by Meta, and should not be construed by you, as a relinquishment or waiver of any of their rights or remedies, including but not limited to their rights to seek disgorgement of your earnings and other damages resulting from your unauthorized activities.

Meta specifically reserves all such rights and remedies whether at law or in equity, under applicable domestic and foreign laws.

/     /     /

February 27, 2024
Page 2

Sincerely,

Michael Bleicher

Perkins Coie LLP

CONFIDENTIAL   META_Bhagat_0080