UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Both Plaintiff and Defendant have made belated requests for extensions of time to respond to various outstanding discovery issues. I am granting an extension until **April 18, 2025** to respond on all such issues. Specifically, if Plaintiff wishes to be heard on the issue of the format of Defendant's ESI production, he shall file a letter on the docket by **April 18, 2025**; if Defendant wishes to oppose Plaintiff's motion to quash (ECF 183), Plaintiff's motions for sanctions (ECF 165; ECF 176), Plaintiff's motion to deem facts admitted (ECF 147), and Plaintiff's motion to expand the scope of discovery (ECF 144), including all documents submitted by plaintiff in support of those motions, Defendant shall file a letter on the docket by **April 18, 2025**. I do not anticipate granting any further extensions of time on these motions, absent extremely good cause. The conference scheduled for 10:30 AM today is adjourned until **April 21, 2025 at 9:30 AM**. The Clerk of Court is respectfully requested to terminate ECF 185 and 186.

DATED: April 15, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge