UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>       Plaintiff,<br><br> -against-<br><br>ANUJA SHARAD SHAH,<br><br>       Defendant. | 24-CV-01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On April 22, 2025, I issued an order that required, among other actions, that Defendant's counsel file a letter to the docket by 9:00 am on Wednesday, April 23, 2025, explaining Defendant's position on whether: a) she shared the information highlighted in ECF 167-1 with a third party (Mr. Sarkar), and b) whether she obtained that highlighted information from documents produced by Plaintiff with a confidential designation. No such letter has been filed. I am extending the deadline for Defendant to file such a letter until 5:00pm on April 25, 2025.

DATED: April 24, 2025
     New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE