UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received undocketed communications from pro se Plaintiff, which are attached as Exhibits 1 through 11 to this Order. Plaintiff is reminded that all letters must be filed on the docket. Ex parte communication with chambers is not allowed. If there is an urgent need to communicate with chambers, Plaintiff must copy opposing counsel on such communications. Prior to submitting any future motions to file documents under seal, Plaintiff is directed to consult my Individual Practice Rules in Civil Cases, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

      The Clerk of Court is respectfully requested to temporarily seal Exhibits 6, 7, 8, and 9 to this Order, with access to counsel for defendant and court personnel, pending a determination on Plaintiff's sealing application.

DATED:  April 25, 2025
             New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE