UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

           Plaintiff,

 -against-

ANUJA SHARAD SHAH,

           Defendant.

24-CV-01424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff's motion (ECF 199) is DENIED without prejudice to renewal if Plaintiff can demonstrate that the document in question (ECF 199-1) was a) responsive to a document request that he propounded and b) to which Defendant agreed to produce responsive documents.

    The Clerk of Court is respectfully requested to terminate ECF 199.

DATED: April 28, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge