UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

   -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendant's counsel has informed the Court that he has been unable to reach Defendant Anuja Shah to consult with her about certain discovery issues and to update the Court, in compliance with Court orders dated April 22, 2025 (ECF 193) and April 24, 2025 (ECF 195).

      A telephonic status conference is scheduled for **Thursday, May 1, 2025 at 11:30 AM.** Please dial **(646) 453-4442, Access Code: 471 569 256 #.** Defendant Shah is expected to attend that conference, along with her counsel, so that she can explain her position on whether: a) she shared the information highlighted in ECF 167-1 with a third party (Mr. Shakar), and b) whether she obtained that highlighted information from documents produced by Plaintiff with a confidential designation. Defendant Shah is warned that failure to appear at the May 1, 2025 telephone conference in violation of this Court's order may result in the Court's imposition of sanction on her, which sanctions may include monetary sanctions, recommendations for contempt sanctions, and/or an order directing Plaintiff to seek a default judgment in his favor.

      Counsel for Defendant is directed to serve a copy of this order to the Defendant by text message to her most recent known phone number, by email address, and by physical mail.

DATED: April 28, 2025
           New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge