UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                    Plaintiff,

          -against-

ANUJA SHARAD SHAH,

                    Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from Defendant, which is attached as Exhibit A to this Order.

Defendant's application to file directly is **DENIED.** To the extent that there are times that Defendant is unable to communicate with counsel sufficiently quickly to comply with a short Court-imposed deadline, her counsel may request an extension of time; I would be inclined to grant any such reasonable request.

Defendant's request to adjourn is **GRANTED**; the May 2, 2025 telephonic conference is rescheduled to **May 5, 2025 at 9:00 AM**. Pro se Plaintiff, Defendant, and counsel for Defendant are all directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 471 569 256 #.**

DATED:  May 1, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| **From:** | Anu Shah |
| **To:** | Tarnofsky NYSD Chambers; Michael J. Alber; Lawrence Katz |
| **Subject:** | Request for Permission to File Directly and Adjournment of May 3 Appearance – Case No. 1:24-cv-01424-VEC |
| **Date:** | Wednesday, April 30, 2025 7:18:39 PM |

**CAUTION - EXTERNAL:**

Dear Judge Tarnofsky,

I hope this message finds you well. I understand that ex parte communications are not allowed however, I am currently overseas due to the recent passing of my aunt and, at present, I have been unable to reach my attorney. I write respectfully regarding two matters in the above-referenced case.Accordingly, I am submitting this request directly to the Court.

1. Request for Permission to File Directly:

On Friday, a response letter was due. However, I was already in transit on an international flight and was unable to coordinate the filing. I later received a voicemail from my attorney, but due to limited connectivity while abroad and the funeral-related obligations I was attending , I was not able to listen to the message until close to midnight. By that time, I was unable to reach my attorney and the filing deadline passed.

To help avoid such issues in the future, I respectfully request the Court's permission to allow me to file directly, when needed, despite being represented by counsel—particularly in urgent or time-sensitive circumstances where logistical constraints may prevent timely coordination with my attorney.

2. Request for Adjournment of May 3 Appearance:

I understand that Your Honor has asked me to appear on Friday, May 3. Unfortunately, I will be in flight at 8:30 a.m. that morning and unable to attend. I am happy to show my boarding pass on camera during a future appearance as verification, if the Court so requests.

I respectfully request an adjournment of the May 3 appearance and remain available to attend at a later time that is convenient to the Court.

Thank you very much for your understanding and consideration. I apologize for any inconvenience caused and deeply appreciate the Court's attention to these matters.

Respectfully,

Anu Shah

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.