UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

   -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received an undocketed communication from Defendant, which is attached as Exhibit A to this Order. Defendant is reminded that ex parte communication with chambers is not allowed. All letters must be filed on the docket, but if there is an urgent need to communicate with chambers, Defendant must copy pro se Plaintiff on such communications.

DATED: May 1, 2025
         New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge

# Exhibit A

**From:** Anu Shah
**To:** Tarnofsky NYSD Chambers; Michael J. Alber; Lawrence Katz
**Subject:** Re: Request for Permission to File Directly and Adjournment of May 3 Appearance – Case No. 1:24-cv-01424-VEC
**Date:** Thursday, May 1, 2025 1:46:16 PM

**CAUTION - EXTERNAL:**

Dear Judge Tarnofsky,
As indicated by my attorney earlier, he is on trial today. I am unable to reach him and he is unlikely to respond anytime soon.
I saw the Motion to Oppose The Diversity Jurisdiction filed by the plaintiff.,
I am wanting to go pro se and respond to that opposition with case citations to prove the jurisdiction.
I understand you are really quick in your decision making and so I wanted an opportunity to file my response to this letter before you make one.
Can you please hold off that decision till we have responded back?
The plaintiff is misinformed on my status and I will like an opportunity to file an official response to that.

Thanks in advance,
Anu Shah


On Thu, May 1, 2025 at 12:18 AM Anu Shah <anushah0821@gmail.com> wrote:

> Dear Judge Tarnofsky,
>
> I hope this message finds you well. I understand that ex parte communications are not allowed however, I am currently overseas due to the recent passing of my aunt and, at present, I have been unable to reach my attorney. I write respectfully regarding two matters in the above-referenced case.Accordingly, I am submitting this request directly to the Court.
>
> 1. Request for Permission to File Directly:
>
> On Friday, a response letter was due. However, I was already in transit on an international flight and was unable to coordinate the filing. I later received a voicemail from my attorney, but due to limited connectivity while abroad and the funeral-related obligations I was attending , I was not able to listen to the message until close to midnight. By that time, I was unable to reach my attorney and the filing deadline passed.
>
> To help avoid such issues in the future, I respectfully request the Court's permission to allow me to file directly, when needed, despite being represented by counsel—particularly in urgent or time-sensitive circumstances where logistical constraints may prevent timely coordination with my attorney.
>
> 2. Request for Adjournment of May 3 Appearance:
>
> I understand that Your Honor has asked me to appear on Friday, May 3. Unfortunately, I will be in flight at 8:30 a.m. that morning and unable to attend. I am happy to show my boarding pass on camera during a future appearance as verification, if the Court so requests.

> I respectfully request an adjournment of the May 3 appearance and remain available to attend at a later time that is convenient to the Court.
>
> Thank you very much for your understanding and consideration. I apologize for any inconvenience caused and deeply appreciate the Court's attention to these matters.
>
> Respectfully,
>
> Anu Shah

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.