**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

VIRAL BHAGAT,

                    Plaintiff,

-against-

ANUJA SHARAH SHAH a/k/a ANU SHAH,

                    Defendant.

-------------------------------------------------------------X

**Civil Action No.**:
1:24-cv-01424-VEC

      PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, the annexed Declaration of Lawrence Katz, Esq., and all prior proceedings had herein, Defendant Anu Shah, by and through her undersigned counsel, The Alber Firm, P.C., hereby moves this court before the Honorable Valerie E. Caproni at the United States Courthouse, 40 Foley Square, New York, New York 10007, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order:

    a- Granting Defendant's counsel, The Alber Firm, P.C.'s motion to withdraw as counsel for the Defendant in this action

    b- Permitting Defendant, Anu Shah, to proceed *pro se;*

    c- Granting such other and further relief as the Court deems appropriate

Dated: Huntington Station, NY
May 2, 2025

                                              Respectfully,

                                             *Lawrence Katz*

                                            _____

                                             Lawrence Katz, Esq.

*Attorneys for Defendant*
THE ALBER FIRM, P.C.
21 Walt Whitman Road
Huntington Station, NY 11746
Phone: (631) 333-1600

## CERTIFICATE OF SERVICE

  This is to certify that on this 2nd day of May 2025, a true and accurate copy of the Plaintiff's Notice of Motion and accompanying Memorandum of Law, supporting Affidavits, Affirmations, and Exhibits were served upon all counsel of record via this Court's CM/ECF system. I further certify that on this 2nd day of May, 2025, a true and accurate copy of the aforesaid documents were served upon Plaintiff by E-mail.

Dated: Huntington Station, NY
May 2, 2025

                   Respectfully,

                   *Lawrence Katz*

                   _____
                   Lawrence Katz, Esq.
                   *Attorneys for Defendant*
                   THE ALBER FIRM, P.C.
                   21 Walt Whitman Road
                   Huntington Station, NY 11746
                   Phone: (631) 333-1600