**Notice of Pro Se Representation**

| | |
|---|---|
| **From** | Anu Shah <anushah0821@gmail.com> |
| **Date** | Mon 5/5/2025 1:39 PM |
| **To** | caproni_nysdchambers@nysd.uscourts.gov <caproni_nysdchambers@nysd.uscourts.gov> |
| **Cc** | Lawrence Katz <LAK@alberlegal.com>; Michael J. Alber <mja@alberlegal.com>; TarnofskyNYSDChambers@nysd.uscourts.gov <TarnofskyNYSDChambers@nysd.uscourts.gov> |

**Notice of Pro Se Representation :** Viral Bhagat v. Anuja Sharad Shah, No. 1:24-cv-01424-VEC

Dear Judge Caproni,

I respectfully write to notify the Court that, effective immediately, I will be proceeding **pro se** in the above-captioned matter.

Unfortunately, I am no longer in a financial position to retain counsel hence I have asked the firm to withdraw immediately. Despite months of diligent efforts by my attorneys, much of their time has been spent attempting to obtain basic discovery from Plaintiff, who remains in serious default of his obligations. Since January, we have repeatedly followed up on missing documents, deficient disclosures, and evasive responses, yet there has been no meaningful progress. I can no longer justify or afford to fund ongoing legal fees under these conditions.

Given that the discovery deadline is currently set for **May 16, 2025**, I respectfully ask the Court to update the docket to reflect that I am now representing myself and to direct all communications and filings to me.

Respectfully submitted

Anu Shah