UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>　　　　　　　　Plaintiff,<br><br>　-against-<br><br>ANUJA SHARAD SHAH,<br><br>　　　　　　　　Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The Court received undocketed communications from Defendant, which are attached as Exhibits 1 through 17 to this Order.

　　As discussed at the conference earlier today (*see* ECF 227) and in prior orders (*see* ECF 196; ECF 227; ECF 228), communications to the Court must be filed on the docket. Undocketed communication with chambers, by either party, is not allowed except in urgent circumstances where filing on the docket is not possible. I do not believe that Defendant's undocketed filings were urgent.

　　Additionally, the motion by counsel for Defendant to withdraw (ECF 229) is pending. Defendant remains represented by counsel, who is the only individual authorized to communicate with the Court on her behalf. Unless and until the motion to withdraw is granted, Defendant is not proceeding pro se and may only communicate with the Court through her attorney. Accordingly, I will not at this time consider Defendant's submissions in the attached communications.

DATED:　May 5, 2025
　　　　　New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge