UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

-against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received undocketed communications from Defendant, which are attached as Exhibits 1 through 6 to this Order.

The motion to withdraw by Defendant's counsel is pending before Judge Caproni. **Unless and until such motion is granted, Defendant is represented by counsel and is not proceeding pro se.** As I stated in a previous order (*see* ECF 234), I will not consider filings made by Defendant unless and until Judge Caproni grants the motion to withdraw. At that time, Defendant may file a notice of pro se appearance and request for electronic filing privileges and may re-file on the docket any applications she would like to make. Defendant is ordered to cease emailing chambers unless and until Judge Caproni grants the motion to withdraw by Defendant's counsel.

DATED: May 6, 2025
       New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge