UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received an undocketed communication from pro se Plaintiff, which is attached as Exhibit A to this Order.

    As explained in prior orders (*see* ECF 196; ECF 227; ECF 228; ECF 234), Plaintiff may only communicate with chambers by email in urgent circumstances. I do not believe that Plaintiff's undocketed communication (Ex. A) was urgent. Plaintiff is ordered, on pain of sanctions, to file all future requests for relief on the docket and to not send them to chambers by email.

DATED: May 6, 2025
          New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge