UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>                Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

       The Court received undocketed communications from Defendant, which are attached as Exhibits 1 through 4 to this Order.

       For the reasons stated in my prior orders (*see* ECF 228; ECF 234; ECF 235), I will not at this time consider Defendant's submissions in the attached communications. The Court received the attached communications before I ordered Defendant to cease emailing chambers. (*See* ECF 235.) Defendant must comply with that order.

DATED:  May 6, 2025
              New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge