UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

                Plaintiff,

   -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received undocketed communications from pro se Plaintiff and pro se Defendant, which are attached as Exhibits A through O to this Order.

    As I previously indicated, all filings should be made on the docket except in rare exigent circumstances. (*See* ECF 196; ECF 228; ECF 234; ECF 236; ECF 244.) My direction that Plaintiff should email chambers at the same time as Defendant with a link to his document productions from third parties to confirm the link worked (ECF 297) was not an invitation for the parties to copy chambers on all discovery-related communications. Discovery materials and discovery-related correspondence between the parties should not be emailed to chambers. Only after the parties have met and conferred about a discovery dispute and been unable to resolve the dispute should discovery-related correspondence be shared with the Court by attaching the correspondence as exhibits to a letter-motion filed on the docket, seeking the Court's intervention in the dispute. (*See* ECF 270.)

DATED: May 21, 2025
           New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge