UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>                Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the conference on May 21, 2025, Defendant's request that the Court compel counsel for Meta, a third party, to clarify the scope of its production, is denied, as is Defendant's request that Plaintiff provide a written attestation about the nature and scope of his communications with Meta's counsel. Plaintiff has already been ordered to produce all communications with third parties and their counsel regarding discovery he sought from those third parties. (ECF 297.) Defendant may also question Plaintiff at his deposition about his communications with third parties and their counsel.

DATED: May 22, 2025
             New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE