UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>Anuja Sharad Shah,<br><br>　　　　　　Defendant. | 24cv01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As discussed at the conference on May 21, 2025 and as reflected in my order following the conference (ECF 303), the parties are ORDERED to meet and confer further on the issues raised in this latter motion. Accordingly, the letter motion is DENIED without prejudice to refiling if necessary after the parties have met and conferred further.

　　The Clerk of Court is respectfully requested to terminate ECF 306.

DATED:　May 22, 2025
　　　　　New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE