UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

   -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendant has submitted on the docket this letter, arguing that the discovery sought by Plaintiff is disproportionate to the needs of the case and responding to Plaintiff's deficiency letter. (ECF 309.) Defendant's letter is precisely the type of discovery-related correspondence that should not be filed on the docket. As I have previously ordered the parties, both at conferences and in orders, the parties shall not file discovery-related correspondence on the docket other than as exhibits to a discovery letter-motion that seeks relief from the Court after the parties have reached an impasse on the issue(s) raised in the discovery letter-motion. (*See, e.g.*, ECF 303.) There is no indication in this letter that the parties met and conferred on the issues raised in Plaintiff's deficiency letter, let alone that the parties reached an impasse. And at the conference held on May 21, 2025, I directed the parties to meet and confer further on their respective deficiency letters. (ECF 310.) Defendant is reminded once more that she is required to comply with Court orders, including the order to refrain from filing discovery-related correspondence on the docket except under the circumstances described above. Defendant is warned that violation of Court orders, including the order to refrain from filing discovery-

related correspondence on the docket in circumstances other than those described above, may result in sanctions.

DATED: May 22, 2025
        New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge