UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                        Plaintiff,<br><br>   -against-<br><br>ANUJA SHARAD SHAH,<br><br>                        Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received undocketed communications from pro se Plaintiff, pro se Defendant, and counsel for a third party, which are attached as Exhibits A through I to this Order.

As I previously explained to the parties on multiple occasions, they should communicate with the Court through filings on the docket only, except in rare exigent circumstances or at the request of the Court. (*See* ECF 196; ECF 228; ECF 234; ECF 236; ECF 244; ECF 303.) I have also instructed the parties that discovery-related communications should not be shared with the Court, except as exhibits to a letter-motion seeking the Court's intervention to resolve a discovery dispute on which the parties have met and conferred and have been unable to resolve. (*See* ECF 303.) Several of the attached communications to my chambers were improper both because they were emailed to chambers and because they were discovery-related communications between the parties or with third parties. I have previously made allowances for the parties' failure to comply with my repeated directives because both Plaintiff and Defendant are proceeding without a lawyer; I understand that it can be difficult for pro se litigants to remember not to hit reply to all when responding to an earlier email on which chambers was copied. However, it is clear from one of the attached communications that

Defendant has deliberately copied the Court on her correspondence with Plaintiff, knowing that she has been ordered not to do so. (*See* Ex. G.) In response to Plaintiff's request that Defendant not copy the Court on her discovery related emails to him, she replied, "I fear your explosive temper and foul language is why I mark the chambers." I certainly do not condone any form of discourtesy by a party or counsel, and if Plaintiff is rude to Defendant when communicating about discovery issues, Defendant is encouraged to bring the issue to my attention by filing a letter on the docket. Defendant is not, however, permitted to continue copying chambers on discovery-related communications with Plaintiff (or to email chambers for any other reason other than an urgent request or at the Court's direction). Any party's future refusal to refrain from emailing chambers in violation of this order and my prior orders will lead to that party being prohibited from communicating with chambers by email under any circumstances.

DATED:  May 22, 2025
       New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge