UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>             Plaintiff,<br><br>   -against-<br><br>ANUJA SHARAD SHAH,<br><br>             Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**<ins>ORDER</ins>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant has moved to compel certain discovery relating to Plaintiff's income. (**ECF 307**.) As discussed at the conference on May 21, 2025, and as reflected in my order at ECF 310, Plaintiff was ordered to provide Defendant with a redacted copy of his tax returns by May 25, 2025. Plaintiff already produced his W-2 forms. Defendant's motion is **DENIED IN PART** as moot to the extent it seeks production of a redacted copy of Plaintiff's 2023 tax return; the motion is **DENIED IN PART** to the extent it seeks production of paystubs and HR correspondence as disproportionate to the needs of the case; and the motion is **DENIED IN PART** to the extent it seeks Plaintiff to provide written clarification of the reported 2023 eBay W-2 income and to identify any withholdings, clawbacks and adjustments to the sign-on bonus or base salary. Defendant may ask Plaintiff at his deposition to clarify the reported 2023 eBay W-2 income and to explain the calculation of that income; and to identify any withholdings, clawbacks or adjustments to his sign-on bonus and base salary. The Clerk of Court is respectfully requested to terminate **ECF 307**.

DATED:  May 23, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge