UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

              Plaintiff,

  -against-

ANUJA SHARAD SHAH,

              Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received yet another undocketed communication from pro se Defendant, which is attached as Exhibit A to this Order.

    On several prior occasions, I instructed the parties to refrain from communicating with chambers by email, and instead to communicate with the Court through filings on the docket, except in rare exigent circumstances or at the direction of the Court. (*See* ECF 196; ECF 228; ECF 234; ECF 236; ECF 244; ECF 303; ECF 314.) On May 22, 2025, I explained that any future noncompliance with my orders to refrain from emailing chambers would result in the offending party being prohibited from communicating with chambers by email under any circumstances. (*See* ECF 314.) On May 23, 2025, my chambers was copied on a discovery-related email from Defendant to Plaintiff. (Ex. A.) This is the exact type of communication that was prohibited by my prior orders. (*See* ECF 303; ECF 314.) Accordingly, Defendant is now prohibited from communicating with chambers by email under any circumstances; her email address is now blocked, and chambers will no longer receive any future emails that she sends to the chambers email address. She may continue making filings on the docket.

DATED: May 23, 2025
             New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge