UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>ANUJA SHARAD SHAH,<br><br>　　　　　　　　　　Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　At the conference held on May 21, 2025, Defendant stated that she had retained limited scope counsel for purposes of the settlement conference on May 22, 2025, and I informed her that her limited scope counsel must file a limited scope notice of appearance if he wished to represent her at the settlement conference. On May 22, 2025, attorney Zachary Meyer filed a document stating on its face that he was making a limited scope appearance on Defendant's behalf for settlement purposes only; however, Mr. Meyer selected the incorrect event for the filing, designating it as a notice of appearance rather than a limited scope notice of appearance. (*See* ECF 311.) As a result, Mr. Meyer is currently listed on the docket as counsel of record for Defendant, and I am informed by the Office of the Clerk of Court that, since the notice of appearance was filed, Defendant has not been receiving any ECF notifications directly. Defendant did not receive notice via ECF of Plaintiff's most recent motion (ECF 317) or any of the orders I issued after Mr. Meyer filed his notice of appearance (ECF 312, 313, 314, 315, 316, and 319); she would only have received notice of those filings if Mr. Meyer forwarded them to her.

Accordingly, my order at **ECF 319** is **WITHRDAWN**; and the deadline for Defendant to file proof on the docket of the reason she asked to reschedule the May 12, 2025 conference is extended retroactively and without a request by Defendant, with the new deadline being **May 30, 2025**. Any party or non-party making a filing on the docket in this matter is **ORDERED** to serve a copy of the filing on Defendant by email, until a further order of the Court relieves parties and non-parties of the obligation to do so.

Additionally, Mr. Meyer is **ORDERED** by **May 28, 2025** to (1) forward this order by email to Defendant, (2) refile his limited scope notice of appearance (ECF 311) under the proper event type, and (3) file a notice of completion of the limited scope engagement, since the settlement effort was not successful. Once he has done so, I expect to issue an order striking his original notice of appearance, directing that he be removed from the docket as counsel of record, and directing that Defendant's e-filing privileges (ECF 295) be restored.

DATED: May 27, 2025
New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge