UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Having been informed by the Office of the Clerk of Court that Mr. Meyer could not use the event for limited scope appearance of counsel, which is restricted to counsel appearing pro bono, I ordered the Clerk of Court to strike Mr. Meyer's notice of appearance (ECF 311) and to restore Defendant's e-filing privileges (ECF 296). Mr. Meyer is relieved of the obligations set out in my order at ECF 320, and Plaintiff and counsel for any non-parties are relieved of the obligation to email a copy of any filings to Defendant (ECF 320).

DATED:  May 28, 2025
            New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge