UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

               Plaintiff,

  -against-

ANUJA SHARAD SHAH,

               Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's motion to compel discovery from Defendant's former counsel (**ECF 317**) is **DENIED**. On May 16, 2025, I denied Plaintiff's request to compel production by Defendant of a hit report that Defendant claims does not exist. (*See* ECF 297.) At the conference held on May 21, 2025, I stated that I did not intend to compel Defendant's former counsel to provide an explanation for the gaps in Defendant's production but that Plaintiff could question Defendant about those gaps at her deposition. The Clerk of Court is respectfully requested to terminate **ECF 317**.

DATED: May 28, 2025
           New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge