UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

-against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      At the May 30, 2025 status conference, I directed Defendant to file proof on the docket of her reason for rescheduling the May 12, 2025 conference by June 4, 2025. (*See* ECF 343, Order.) On May 31, 2025, Defendant filed a letter requesting to file such proof in the form of emails filed under seal. (*See* ECF 344.)

      Defendant shall by **June 4, 2025** file a redacted version of the emails referenced in her May 31, 2025 letter, along with a request to file these emails under seal. Instructions for the process for seeking leave to file under seal are found in my Individual Practice Rules in Civil Cases available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky. Defendant is directed to consult my Individual Practice Rules in Civil Cases prior to filing.

DATED: June 3, 2025
           New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge