UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

   -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **June 11, 2025 at 2:30 PM**. The parties should be prepared to discuss the status of the case, including the filings at ECF 361, 362, and 363. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 539 453 01 #**.

DATED: June 10, 2025
          New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge