UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

      -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Defendant requested that the Court unseal a confidential document produced by third party Meta Platforms pursuant to the confidentiality order in this case; I believe Defendant is asking that the document be deemed non-confidential under the confidentiality order in this case. (**ECF 374**.) I directed Defendant to serve Meta Platforms with her request and my order indicating its deadline to respond if it wished; I also directed Defendant to file proof of such service on the docket by June 13, 2025. (**ECF 379 ¶ 9.**) Defendant has not filed proof of such service on the docket. Accordingly, her application to unseal or deem non-confidential a document produced by Meta Platforms with a confidential designation is DENIED without prejudice to her renewing her application; if Defendant chooses to renew her application, she must serve that application on Meta Platforms and file proof that she has done so on the day she renews her application.

DATED:  June 17, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge