UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

    -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Pending before me is Plaintiff's motion to seal certain documents. (ECF 359.) I issued an order on June 12, 2025 providing that if any parties or third parties wished to be heard on that motion, they should file letters on the docket by June 20, 2025. (ECF 379 ¶ 1.) No such letters were filed. Accordingly, for substantially similar reasons to those set out in prior orders addressing several similar documents (ECF 180, 188, 192), Plaintiff's motion to seal is **DENIED**. The Clerk of Court is respectfully requested to terminate ECF 359.

Dated: June 23, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**

1