UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>     Plaintiff,<br><br> -against-<br><br>ANUJA SHARAD SHAH,<br><br>     Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic status conference on **June 27, 2025 at 10:30 AM**. The parties should be prepared to discuss the status of the case. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 802 522 850 #**.

DATED: June 25, 2025
    New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge