UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

    -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received an undocketed communication from pro se Plaintiff, which is attached as Exhibits A through D to this Order.

    Plaintiff's communication (Ex. A), which raises Defendant's apparent refusal to appear for her deposition scheduled for June 30, 2025, is not urgent and did not require an email to chambers. There is a telephonic status conference scheduled in this action for June 27, 2025, during which Plaintiff can raise the matter to the Court. (*See* ECF 405.) It is not my practice to review non-urgent email communications with chambers (*See* ECF 378, 399.) Accordingly, I will not address Plaintiff's communication at this time.

DATED: June 25, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

**Tarnofsky NYSD Chambers**

---

| | |
|---|---|
| **From:** | Viral Bhagat <viral.bhagat@gmail.com> |
| **Sent:** | Wednesday, June 25, 2025 12:37 PM |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Anu Shah |
| **Subject:** | URGENT: Request for Immediate Court Intervention (Bhagat v. Shah, 1:24-cv-01424-VEC-RFT) |
| **Attachments:** | Gmail - Scheduling of Deposition – June 30, 2025.pdf; NOD.pdf; Requesting Zoom Details.pdf |

**CAUTION - EXTERNAL:**

Judge Tarnofsky:

I am writing to respectfully and urgently seek the Court's intervention concerning Defendant Anuja Sharad Shah's **refusal to appear for her deposition** (see the attachment) scheduled for Monday, June 30, 2025. On June 25, 2025, Defendant sent me an email unilaterally cancelling her deposition in direct violation of this Court's prior directives (see the attachments).

I have already taken time off from work to attend all three depositions scheduled for June 26, 27, and 30, 2025. Defendant's abrupt cancellation, without any valid excuse or motion for protective order, is part of an ongoing pattern of obstruction and delay. I am ready and willing to proceed with her deposition on Monday, and I respectfully request that the Court compel her appearance on that date.

Because this is a time-sensitive matter and the Pro Se Office typically takes 48 hours to upload documents to ECF, I am contacting Your Honor's chambers directly. If I were to wait for formal filing through the Pro Se Office, it would likely be too late to obtain relief as I have to coordinate with a court reporter for scheduling the deposition.

I appreciate the Court's attention to this urgent matter and respectfully request immediate relief compelling Defendant to appear for deposition on June 30, 2025, as properly noticed.

Respectfully submitted,


Viral Bhagat
Plaintiff, Pro Se

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Exhibit B



Viral Bhagat <viralbhagat@gmail.com>

## Scheduling of Deposition – June 30, 2025
2 messages

**Viral Bhagat** <viral.bhagat@gmail.com>  Wed, Jun 25, 2025 at 8:37 AM
To: Anu Shah <anushah0821@gmail.com>

Ms. Shah,

Pursuant to the Court's directive, I will schedule your deposition for **Monday, June 30, 2025**.

There is a remote deposition protocol in place for the Southern District of New York. Please review it and confirm that you will be able to appear remotely. You will need access to a computer, a stable internet connection, Zoom, and a valid photo ID for verification.

Kindly confirm receipt of this email and your availability for the deposition on June 30th.

Sincerely,
Viral Bhagat

**Anu Shah** <anushah0821@gmail.com>  Wed, Jun 25, 2025 at 9:02 AM
To: Viral Bhagat <viral.bhagat@gmail.com>

Mr Bhagat
Please read my letters to the court.
Please also read my earlier letters.
I won't take or give depositions unless and until you have fully obliged with your discovery prosecution including giving me access to your Google drive production,
Please note your persistence doesnt equate to merit. I WONT BE AVAILABLE FOR DEPOSITION ON 30th.

Legally, Plaintiff needs to be deposed first and clearly we couldn't depose you for your non compliance with court order.

Good luck!
[Quoted text hidden]

# Exhibit C

6/25/25, 9:34 AM
Case 1:24-cv-01424-VEC-RFT    Document 412    Filed 06/25/25    Page 7 of 9
Gmail - Notice of Deposition – Bhagat v. Shah, Case No. 1:24-cv-01424-VEC



Viral Bhagat <viralbhagat@gmail.com>

# Notice of Deposition – Bhagat v. Shah, Case No. 1:24-cv-01424-VEC
1 message

**Viral Bhagat** <viral.bhagat@gmail.com>     Thu, Jun 19, 2025 at 11:40 PM
To: Anu Shah <anushah0821@gmail.com>

Ms. Shah,

Attached please find the Notice of Deposition for your upcoming deposition in the above-captioned matter.

Please govern yourself accordingly.

Regards,
Viral Bhagat
Plaintiff, pro se
Case No. 1:24-cv-01424-VEC



**ao088a.pdf**
388K

# Exhibit D



Viral Bhagat <viralbhagat@gmail.com>

## Request for Zoom Details – June 26 & 27 Depositions
2 messages

**Viral Bhagat** <viral.bhagat@gmail.com>                                                                           Mon, Jun 23, 2025 at 8:23 AM
To: Anu Shah <anushah0821@gmail.com>

Ms. Shah,

Please share the Zoom details for the depositions scheduled on **June 26th** and **June 27th**, as soon as they are available.

Sincerely,
Viral Bhagat

**Anu Shah** <anushah0821@gmail.com>                                                                                Mon, Jun 23, 2025 at 8:32 AM
To: Viral Bhagat <viral.bhagat@gmail.com>

Mr Bhagat

I will not be proceeding further with your deposition unless and until you have fully complied with your discovery obligations as per the court directives, including but not limited to producing your unredacted W2s.

Thanks
Anu Shah

[Quoted text hidden]