UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>ANUJA SHARAD SHAH,<br><br>　　　　　　　Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Clerk of Court is respectfully requested to update the seal for the following Documents from "Applicable Parties" to "Case Participants" to allow access for pro se Plaintiff Viral Bhagat and pro se Defendant Anuja Sharad Shah:

- **ECF 95** and exhibits A and B: LETTER MOTION for Conference re: 93 LETTER MOTION to Seal *January 9 Application,* Exhibit A, Exhibit B;

- **ECF 103** and exhibits 1-12: LETTER MOTION for Discovery to Compel Non-Party Rushad Dordi's Responses to Subpoena, Exhibit 1, Exhibit 2, Exhibit 3, Exhibit 4, Exhibit 5, Exhibit 6, Exhibit 7, Exhibit 8, Exhibit 9, Exhibit 10, Exhibit 11, Exhibit 12;

- **ECF 110** and exhibits 1-4: LETTER addressed to Magistrate Judge Robyn F. Tarnofsky from Kara L. Gorycki dated February 12, 2025, Exhibit 1 - Dordi Affidavit, Exhibit 2 - Dordi Complaint, Exhibit 3 - FILED UNDER SEAL, Exhibit 4 - FILED UNDER SEAL;

- **ECF 143** and exhibit 1: LETTER addressed to Magistrate Judge Robyn F. Tarnofsky from Kara L. Gorycki dated March 17, 2025, Exhibit Transcript;

- Exhibits A and B of **ECF 169**: Exhibit Exhibit A to request, Exhibit Exhibit B to request;

- Exhibit 1 of **ECF 177**: Exhibit Attachment;

- Exhibit 2 of **ECF 373**: Exhibit Exhibit 2 to Motion; and

- Exhibits 1-6 of **ECF 394**: Exhibit Ex 1, Exhibit Ex 2, Exhibit Ex 3, Exhibit Ex 4, Exhibit Ex 5, Exhibit Ex 6.

DATED: June 25, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge