UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

    -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant has moved for reconsideration of one of my orders, which she identifies as the order at ECF 387 dated June 23, 2025. (*See* ECF 403.) She appears to be conflating two different orders.

The first is a June 17, 2025 order at ECF 387, denying without prejudice Defendant's motion to unseal one document (ECF 374, Request to Unseal Ex. 2 to ECF 373) – a document that Plaintiff filed on the docket as Exhibit 2 to ECF 373 – because Defendant had not served her application to unseal on third party Meta, which has an interest in the confidentiality of the document. (*See* ECF 403, Request for Reconsideration of ECF 387.) In my order at ECF 387, I stated that if Defendant wished to renew her motion to unseal, she would need refile the motion along with proof that she had served the renewed motion on third party Meta, which has an interest in the confidentiality of the document. Defendant has not filed proof of her service of the motion to unseal on Meta, and so I decline to reconsider ECF 387.

The second is a June 23, 2025 order at ECF 397, denying Plaintiff's application to seal eight documents filed as exhibits to ECF 360. (*See* ECF 359, Plaintiff's Application to Seal Exs. 1-8 to ECF 360.) I denied ECF 359 because no party or nonparty had filed a letter in support

of sealing by the deadline I had set, June 20, 2025. (*See* ECF 397, Order Denying ECF 359.) Defendant suggests that she did not file a letter supporting sealing because she did not have access to the sealed documents at the time I denied the sealing order. Certainly, Defendant knew she lacked access to the documents (which I believed had been served on her by Plaintiff) but did not file a timely letter on the docket raising the lack of access. And Defendant has had access to the previously sealed documents since I ordered them unsealed on June 23, 2025, and has not yet made any substantive arguments why the documents should remain sealed. Nevertheless, to provide Defendant with an opportunity to be heard on this issue, Exs. 1-8 to ECF 360 are ordered resealed temporarily. Defendant shall have until **July 1, 2025** to file a letter on the docket opposing the unsealing of these documents.

Defendant's application for reconsideration of my order at ECF 387 is **DENIED**, but her request for reconsideration of my order at ECF 397 is **GRANTED**. The Clerk of Court is respectfully requested to seal Exs. 1-8 at ECF 360, with access to Court personnel and the parties in this action, and to terminate ECF 403.

DATED: June 26, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge