UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                Plaintiff,<br><br>  -against-<br><br>ANUJA SHARAD SHAH,<br><br>                Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Pending before the Court is Defendant's letter motion seeking a protective order precluding the deposition of Dordi (ECF 438). While Defendant originally noticed the deposition and has now withdrawn it, Plaintiff had also indicated an intention to depose Dordi. Accordingly, the motion is DENIED. In light of the vacation schedule of Defendant's counsel, the deadline for completing Dordi's deposition is extended until July 25, 2025. All other deadlines remain in force.

      The Clerk of Court is respectfully requested to terminate ECF 438.

DATED: July 8, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge