UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

              Plaintiff,

-against-

ANUJA SHARAD SHAH,

              Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Plaintiff moved to seal eight documents relating to Defendant that were filed as exhibits to ECF 360 (ECF 359), which motion I originally denied. (ECF 397.) I granted Defendant's motion for reconsideration of the order (ECF 403) because she represented that she had not been able to weigh in because she had been unable to access the sealed document. (ECF 415.) I gave Defendant until July 1, 2025 to support the request to seal and ordered Plaintiff to email her copies of the documents at issue. (*See id.*) I am on my own initiative (sua sponte) extending retroactively (nunc pro tunc) Defendant's time to make a filing in support of Plaintiff's motion to seal (ECF 359) until **July 18, 2025**. If Defendant does not make such a filing, I expect to unseal the exhibits to ECF 360.

DATED: July 11, 2025
           New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge