UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

    -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **July 25, 2025 at 11:30 AM**. The parties should be prepared to discuss the status of the case. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 438 410 055 #**.

DATED: July 18, 2025
          New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge