UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 11, 2025, Defendant filed a letter requesting that an AAA arbitration complaint filed by Plaintiff against Meta be unsealed. (ECF 374.) I ordered that Defendant serve a copy of her application on Meta by June 13, 2025 to allow Meta to be heard on the subject. (ECF 379 ¶ 9.) On June 19, 2025, Defendant filed a letter again seeking to unseal the AAA arbitration complaint. (ECF 395.) On June 27, 2025, I issued an order denying Defendant's June 19, 2025 application to unseal the AAA arbitration complaint. (*See* ECF 426 ¶ 2.) The denial was without prejudice to Defendant renewing her application to unseal the AAA arbitration complaint by July 1, 2025 on notice to Meta, to allow Meta to be heard on the subject. (*See id.*) Defendant did not do so by the deadline or request an extension of time. On August 7, 2025, Defendant filed what appears to be the same letter she previously filed on June 11, 2025 (ECF 374) requesting the unsealing of the AAA arbitration complaint. (ECF 465.) She has not indicated that

she served a copy on Meta to provide it with a chance to be heard on the issue, and she has not explained why she neglected to make this application by the deadline I had set or to make a request for an extension of time to do so. Accordingly, Defendant's application at ECF 465 is **DENIED**.

DATED: August 8, 2025
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge