

SUTTON SACHS MEYER PLLC
14 Penn Plaza, Suite 1315, New York, NY 10122
tel: (212) 480-4350 | fax: (212) 480-4351 | www.ssm.law

August 20, 2025

**Via ECF**
Hon. Robyn F. Tarnovsky
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 703
New York, NY 10007

> By **August 21, 2025 at 12:00 PM**, counsel for Defendant shall file a letter on the docket listing his availability for the rest of August and the first two weeks of September to attend a deposition of Dordi.
>
> Dated: August 20, 2025   SO ORDERED
> New York, NY
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   *Bhagat v. Shah*, No. 24 Civ. 01424 (VEC) (RFT)

Dear Magistrate Judge Tarnovsky:

This firm represents Defendant Anuja Sharad Shah for purposes of completing expert disclosure and related materials as well as to complete all outstanding depositions.

I write to request an emergency conference to address Plaintiff's troubling discovery tactics. This morning, for the first time, I spoke with counsel for non-party Rushad Dordi, Patrick Papalia of Archer & Greiner, P.C., who informed me that he had been in contact with Plaintiff and had, without consulting me, scheduled Dr. Dordi's deposition for August 27, 2025. I was not copied on any of these communications. On August 18, 2025, Plaintiff had asked if I was available on August 28, 2025, to which I responded that I was not. I will be away with my family from August 22-25 and 27-30.

What is more troubling is that Mr. Papalia represented to me that Plaintiff had represented that the Court had affirmatively ordered him to depose Dr. Dordi and this was the basis of the schedule. He further represented that Plaintiff confirmed that I was available. However, given that Dr. Dordi is a non-party, my understanding is that the Court ordered that to the extent his deposition would go forward, that it would go forward before a date certain.

In either circumstance, this deposition was scheduled without my knowledge or consent and, even more troublingly, my consent was misrepresented to counsel for Dr. Dordi. This is yet another blatant attempt at gamesmanship by Plaintiff and must not be condoned. As such, I respectfully request a conference with the Court to address this issue

Respectfully Submitted,

Ali R. Jaffery

1