UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As discussed at the discovery conference on August 29, 2025:

1. Plaintiff's motion to enforce my sanctions order requiring Defendant to pay the court reporter cancellation fee (**ECF 498**) is **DENIED**, because Defendant's motion for reconsideration of Judge Caproni's order declining to set aside the sanction (**ECF 500**) is pending.

2. Defendant's motion to compel production of RSU-related information (**ECF 502**) is **GRANTED**. Plaintiff shall produce the materials by the end of the day on **August 29, 2025**. Counsel for Defendant shall provide a signed non-disclosure agreement from Defendant's damages expert by **September 3, 2025**; once counsel has done so, Plaintiff shall immediately disclose to Defendant's counsel and damages expert the name of his second employer, but that information shall not be shared with Defendant.

3. Plaintiff may not serve as his own computer forensics expert, although he may examine Defendant's computer forensics at deposition. Defendant is ORDERED by **September 3, 2025** to re-produce to Plaintiff the documents and only the documents on which her

computer forensics expert relied in formulating his opinion; the production shall not include documents on which her computer forensics expert did not rely.

4. The parties' rebuttal expert reports, if any, shall be exchanged by **September 12, 2025**; and expert depositions shall be completed by **September 22, 2025**. Once the Dordi deposition has been scheduled, I will set the final deadline for completion of all discovery in this case and make any appropriate adjustments to the briefing schedule for dispositive motions and motions to exclude expert (but not fact) testimony; the current deadlines require such motions, if any, to be filed by **September 30, 2025**; with oppositions due by **October 31, 2025** and replies due by **November 15, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 498 and 502.

DATED: August 29, 2025
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge