UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Viral Bhagat,<br><br>                     Plaintiff,<br><br>  -against-<br>Anuja Sharad Shah,<br><br>                    Defendant. | 24-CV-01424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Friday, September 12, 2025 at 12:00 p.m.** The parties should be prepared to discuss Plaintiff's Motion at ECF 513. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 645 493 167#.

DATED:  September 8, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge