UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the conference held on September 12, 2025: (1) Defendant's motion to compel (ECF 516) is GRANTED IN PART, in that Plaintiff shall provide Defendant by **September 15, 2025** a sworn affidavit stating his starting salary and detailing all incentive compensation, including but not limited to initial RSUs and any signing bonus from his secondary employer; (2) Plaintiff's motion to compel (ECF 513) is GRANTED IN PART, in that Defendant's forensic expert shall sit for an initial deposition of not more than one hour at which Plaintiff may question the expert on the documents on which the expert relied in his expert report.

      The schedule is amended as follows: Defendant shall update the Court by letter by **September 17, 2025** as to the status of scheduling the first deposition of Defendant's forensic expert, with that initial deposition to take place on or before **September 24, 2025**; the parties' time to submit rebuttal expert reports is extended nunc pro tunc until **September 25, 2025**; expert depositions are to be completed by **October 3, 2025**; dispositive motions and motions to

exclude expert (but not fact) testimony is extended until **October 14, 2025**, with oppositions due by **November 12, 2025**, and replies due by **November 26, 2025**.

    The Clerk of Court is respectfully requested to terminate **ECF 513 and ECF 516**.

DATED: September 15, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge