UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>      Plaintiff,<br><br> -against-<br><br>ANUJA SHARAD SHAH,<br><br>      Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The Court received an undocketed communication from pro se Plaintiff on September 22, 2025 which is attached as Exhibit A to this Order.

  Plaintiff may only communicate with chambers by email in urgent circumstances. I do not find that Plaintiff's undocketed communication (Ex. A) was urgent. Plaintiff is ordered, on pains of sanctions, to file all future requests for relief on the docket and to not send them to chambers by email.

  The telephonic conference scheduled for September 25, 2025 is adjourned to **Friday, September 26, 2025 at 9:00 AM**. Pro se plaintiff and counsel for defendant should be prepared to discuss Defendant's Letter Motion at ECF 519. The parties are directed to join the conference at the scheduled time. Please dial **(646) 453-4442, Access Code: 208 907 672#**.

Dated: September 22, 2025
   New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

**EXHIBIT A**

| | |
|---|---|
| **From:** | Viral Bhagat |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Ali R. Jaffery; Papalia, Patrick |
| **Subject:** | URGENT - Bhagat v. Shah, No. 1:24-cv-01424-VEC-RFT — Plaintiff's Letter-Motion to Adjourn Sept. 25 |
| **Date:** | Monday, September 22, 2025 2:53:31 PM |

**CAUTION - EXTERNAL:**

Judge Tarnofsky:

Plaintiff respectfully requests an adjournment of the telephonic conference scheduled by Text Order at **ECF 520** for Thursday, **September 25, 2025, at 3:00 p.m.** The reason is that non-party **Dr. Rushad Dordi's deposition is scheduled** to proceed that same day, and the conference would interrupt the examination and potentially require Dr. Dordi to sit more than once. This is Plaintiff's first request to reschedule this conference.

Thank you for the Court's consideration.

Respectfully submitted,

Viral Bhagat
Viral Bhagat (pro se)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.