UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                              Plaintiff,<br><br>     -against-<br><br>ANUJA SHARAD SHAH,<br><br>                              Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on September 26, 2025:

1. Plaintiff's motion for sanctions for alleged violation of the protective order (**ECF 518**) is **DENIED** without prejudice to Plaintiff's refiling on a proper record. If Plaintiff refiles, he should include the documents that he produced that he claims were filed by Defendants in another case in violation of the protective order

2. Defendant's motions for an extension of time to serve her rebuttal expert report on damages (**ECF 519, ECF 527**) are **GRANTED IN PART**, in that Defendant shall have until **October 20, 2025** to serve that report. Defendant shall, by **September 29, 2025**, serve 10 interrogatories upon Plaintiff seeking information that would have been contained in an offer letter and related onboarding documents from Plaintiff's second employer. Plaintiff shall respond to those interrogatories to the best of his ability by **October 3, 2025**. Plaintiff is warned that failure to provide substantive responses to any appropriate interrogatory could lead to Defendant's damages expert being permitted to make assumptions about Plaintiff's compensation that are unfavorable to Plaintiff. Plaintiff shall produce to Defendant's counsel Plaintiff's W-2 forms for his secondary

2. employer without redacting the name of that employer; this production shall be on an attorneys' and expert's eyes only basis.

3. Defendant's motion to compel Plaintiff to provide her with a copy of her deposition transcript for review (rather than an AI-generated summary of the deposition with a video file) (**ECF 525**) is **GRANTED**. Plaintiff shall provide the transcript to Plaintiff by **September 22, 2025**, copying the Court (TarnofskyNYSDChambers@nysd.uscourts.gov) so that there is no dispute about what Plaintiff has and has not provided.

4. Plaintiff's motion to compel Defendant to produce her forensics expert for a one-hour deposition to clarify the documents on which the expert has relied (**ECF 526**) is **GRANTED**. Such deposition shall be limited to the issue of the documents relied upon by the expert and shall take place before Plaintiff's deposition of that expert on the substance of that expert's report and opinions.

5. The schedule is amended as follows: the one-hour deposition of Defendant's forensic expert on documents shall take place by **October 10, 2025**; the parties' time to serve rebuttal expert reports, if any, is extended until **October 20, 2025**; expert depositions shall be completed by **October 31, 2025**; dispositive motions and motions to exclude expert (but not fact) testimony shall be due by **November 14, 2025**, with oppositions due by **December 8, 2025**, and replies due by **December 22, 2025**.

The Clerk of Court is respectfully requested to terminate **ECF 518, 519, 525, 526, and 527**.

DATED:  September 26, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge