UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

               Plaintiff,

-against-

ANUJA SHARAD SHAH,

               Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received undocketed communications from pro se Plaintiff, which are attached as Exhibits A through C to this Order.

As I suggested at the last discovery conference, in light of the limited availability of Defendant's expert, an after-hours deposition is permissible. If Plaintiff declines to accept one of the times offered before the deadline, I do not anticipate a further extension. I often am available between 5 and 6 pm to hear deposition disputes, but if the parties call and I am unavailable to address the issue immediately, I expect to do so on the next business day. To the extent that the deponent declines to answer questions that I later deem appropriate, the deponent will be required to return to answer those questions.

DATED: October 14, 2025
         New York, NY

SO ORDERED.

ROBYN F. TARNOFSKY
United States Magistrate Judge

# Exhibit A

| | |
|---|---|
| **From:** | Viral Bhagat |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Ali R. Jaffery |
| **Subject:** | URGENT - Bhagat v. Shah, No. 1:24-cv-01424-VEC-RFT — Courtesy notice re today's letter-motion (IT expert deposition) |
| **Date:** | Monday, October 13, 2025 1:45:10 PM |
| **Attachments:** | Exhibit 1.pdf |
| | Motion.pdf |

**CAUTION - EXTERNAL:**

Your Honor:

I write to respectfully bring to Chambers' attention that I filed today via ECF a short letter-motion seeking an order compelling Defendant to provide **morning** dates for a one-hour deposition of her IT expert. In light of the Court's prior admonition to promptly report non-compliance, I am providing this same-day courtesy notice.

As detailed in the motion, Defendant has offered only late-day times **outside the Court's regular hours**, which would hinder real-time resolution of any disputes that may arise. I respectfully request expedited consideration or, if helpful, a brief telephonic conference at the Court's convenience.

A courtesy copy of the filing is attached for ease of reference.

Respectfully,

/s/ Viral Bhagat
Pro se Plaintiff

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Exhibit B

                                                                           Viral Bhagat <viralbhagat@gmail.com>

## Expert depo
3 messages

**Ali Jaffery** <ali@ssm.law>                                                         Sun, Oct 12, 2025 at 8:40 PM
To: Viral Bhagat <viralbhagat@gmail.com>

We can do 10/15 5pm est. This is all assuming you can provide verified responses to the interrogatories I provided.

ALL WIRE REQUESTS MUST BE VERIFIED BY PHONE

*This email does not constitute an agreement to conduct transactions by electronic means and does not create any legally binding contract or enforceable obligation in the absence of a fully signed written contract.*

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify info@ssm.law and the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

**Viral Bhagat** <viralbhagat@gmail.com>                                              Sun, Oct 12, 2025 at 8:57 PM
To: Ali Jaffery <ali@ssm.law>

5pm EST will not work because if there is a dispute the judge will not be available.
Please provide a morning time when the courts are open.

-Viral Bhagat
Pro se
[Quoted text hidden]

**Ali Jaffery** <ali@ssm.law>                                                         Sun, Oct 12, 2025 at 9:11 PM
To: Viral Bhagat <viralbhagat@gmail.com>, Anu Shah <anushah0821@gmail.com>

I am not sure that will work so you won't be able to call your mommy. Where are the interrogatories?
[Quoted text hidden]

# Exhibit C

Oct 12, 2025

<u>Via Email to ProSe@nysd.uscourts.gov</u>
**Hon. Robyn F. Tarnofsky**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 9B
New York, NY 10007

      **RE:**    **Case Name:** Viral Bhagat v. Anuja Sharad Shah a/k/a Anu Shah

             **Case No.:** 1:24-cv-01424-VEC

**Hon. Magistrate Judge Tarnofsky:**

I write as the pro se Plaintiff to respectfully move to compel Defendant to provide viable, unconditioned **morning** date(s) and time(s) for the one-hour deposition of Defendant's IT expert. Defendant still refuses to offer workable options and is conditioning basic scheduling on unrelated discovery demands.

**Record facts (Oct. 12, 2025 email chain).**
• At 8:40 p.m. ET, defense counsel offered **only one** slot—**October 15 at 5:00 p.m. ET**—and expressly conditioned it on my "provid[ing] verified responses to the interrogatories."
• At 8:57 p.m. ET, I explained that **5:00 p.m. ET is impractical** because the Court is generally unavailable late in the day to resolve any dispute in real time, and I requested a **morning** time while the Court is open.
• At 9:11 p.m. ET, instead of proposing alternatives, defense counsel replied with an **insulting message** and again diverted to interrogatories rather than scheduling the ordered one-hour expert deposition.

**Meet-and-confer status.** I have confirmed readiness to proceed, requested **morning** options, and narrowed logistics given the known location/time zone. Defendant has not offered even a single morning alternative and continues to **condition scheduling on unrelated discovery**—which is improper and causes avoidable delay.

**Argument.** Offering a single late-day slot and tethering it to interrogatory "verification" is not a good-faith effort to schedule a short expert deposition. A brief, morning window is reasonable and proportional, particularly because real-time judicial availability may be needed. The Court has previously directed the parties to meet, confer, and promptly seek guidance rather than stall. Targeted relief will keep discovery on track and avoid further motion practice.

**Requested relief.** I respectfully request an order that within **three (3) business days**:

1. Defendant provide at least **two (2) pre-cleared options** (start between **09:00 a.m. and 03:00 p.m. Eastern**) for the expert's **one-hour** deposition to occur **within the next seven (7) calendar days**.
2. Defendant **does not condition** deposition scheduling on unrelated discovery positions or demands. I am anyway going to provide my response to interrogatories before the deposition; and
3. If Defendant does not comply, authorize Plaintiff to **unilaterally notice** the deposition for any date within the same seven-day window, and consider **cost-shifting** for any further non-compliance the Court finds warranted.

If the Court prefers, I am available for a short telephonic conference to set the date on the record.

Respectfully submitted,

**Viral Bhagat**

Viral Bhagat

*Plaintiff Pro Se*