UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

    -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 14, 2025, Defendant filed a letter requesting sanctions for threatened violation of the confidentiality and protective order regarding Plaintiff's intent to comply with a subpoena to produce documents Plaintiff received in a state court proceeding (the "Subpoena"). (*See* ECF 541.) Defendant has filed a motion to quash the Subpoena in that same proceeding. (*See id.*)

Plaintiff is **ORDERED** not to produce any documents that were produced in this case in response to the Subpoena unless and until the state court denies Defendant's motion to quash the Subpoena.

DATED:  October 14, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge