UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

  -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 15, 2025, Defendant filed a letter requesting clarification of the Court's oral statements regarding expert discovery, which were made during the status conference held on October 9, 2025. (ECF 545, Letter.)

The orders at ECF 539 ¶ 3 and ECF 528 ¶ 2 reflect my rulings on the motions before me at the time. If Defendant wishes for a record of the conference held on October 9, 2025, during which I discussed my rationale for those rulings, she may request a copy of the transcript by completing the form (attached as Exhibit A) for a "Request for the production of a transcript from an electronic recording" and submitting it to etranscripts@nysd.uscourts.gov. The form can also be found on the SDNY Court website, available at

https://nysd.uscourts.gov/forms/electronic-court-recording-transcript-request-form-ecr-2.

Submission of the form constitutes an agreement to pay for the transcription services.

DATED:  October 15, 2025
           New York, NY

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Submit only one date per completed request form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be **e-mailed to your office** and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Name | |
|---|---|
| CASE NUMBER | DATE OF THE HEARING | JUDGE PRESIDING OVER HEARING |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 (Expedited) | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]   [PRINT]   [SAVE]   [EMAIL]