UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

-against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      I have previously instructed the parties on multiple occasions that fact evidence should not be filed on the docket unless in support of or opposition to a particular request for relief. (*See, e.g.*, ECF 303; ECF 313; ECF 461 ¶¶ 1-2.) The letter by Defendant (ECF 551) and related affidavit (ECF 552) are just such improper factual submissions, untethered to any appropriate request for relief. The parties will have an opportunity to make arguments about the admissibility or not of evidence at the appropriate time before any trial of this matter. Accordingly, the Clerk of Court is respectfully requested to strike documents at **ECF 551 and 552** from the docket.

DATED: October 16, 2025
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge