UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRAL BHAGAT,

                Plaintiff,

-against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    1.    I am unable to evaluate Defendant's motion for discovery sanctions in connection with the deposition of her computer forensics expert (**ECF 547**) without the deposition transcript. Accordingly, the motion is **DENIED** without prejudice to refiling once the transcript is available.

    2.    Defendant's motion to compel Plaintiff to produce an unredacted version of his RSU information (**ECF 555**) is **GRANTED**. Plaintiff shall make this production by **October 21, 2025**.

    The Clerk of Court is respectfully requested to terminate **ECF 547 and 555**.

DATED: October 17, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge