UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

     -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Tuesday, December 9, 2025  at 10:00 am.** The parties should be prepared to discuss Plaintiff's letter motion at ECF 577. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 497 954 351#.

DATED:  December 4, 2025
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge