UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>                    Plaintiff,<br><br>        -against-<br><br>ANUJA SHARAD SHAH,<br><br>                    Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is Plaintiff's motion to compel discovery and to extend the summary judgment briefing schedule. (ECF 577.) Defendant takes the position that her lawyer produced the documents in question to Plaintiff the day after the expert's deposition in October and that her lawyer re-produced the documents on December 4, 2025; Defendant therefore concludes that no extension of the summary judgment briefing schedule is warranted. (ECF 578; ECF 580.) Even if there has been a delay in Plaintiff's receipt of the documents, Defendant's summary judgment motion does not primarily rely on those documents. Accordingly, Plaintiff's motion is **DENIED IN PART**, in that Plaintiff's opposition to the summary judgment motion remains due on **December 8, 2025**, and **GRANTED IN PART**, in that Plaintiff shall have until **December 12, 2025** to file a supplement to his opposition if he wishes, addressing any issues relating to the four versions relied on by Defendant's computer forensics expert. If Plaintiff takes the position that he still does not have the documents in question, he shall inform the Court by filing a letter on the docket at the same time that he files his summary judgment opposition, on **December 8, 2025**. The telephonic conference scheduled for December 9, 2025 is adjourned and will be

rescheduled when and if Plaintiff informs the Court that he has not yet received the documents

in question. The Clerk of Court is respectfully requested to terminate ECF 577.

DATED:  December 5, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge