UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

    -against-

ANUJA SHARAD SHAH,

              Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before me is Plaintiff's application for production of certain documents used by Defendant's computer forensics expert in this case (ECF 585). The application is GRANTED IN PART. As discussed at the conference on December 12, 2025, Defendant and Plaintiff, and if necessary joined by Defendant's expert, shall confer so that Defendant understands precisely what materials are being sought by Plaintiff. If Defendant has an objection to production of the documents, or any of them, on grounds other than that they would not be admissible, a Defendant may move for a protective order by **December 16, 2025.** In the absence of any such motion by Defendant, Plaintiff shall, by **December 19, 2025 at noon**, file a letter on the docket confirming the production; if Plaintiff files a letter stating that the production has not been made, Defendant shall respond on the same day by filing a letter on the docket explaining the cause of the failure to produce as ordered. Plaintiff shall have until **January 2, 2026** to file a

supplement to his opposition to Defendant's summary judgment motion, not to exceed five

pages; if Plaintiff makes such a supplemental filing, Defendant shall have until **January 9, 2026**

to file a supplemental reply.

DATED:  December 12, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge