UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                              Plaintiff,

        -against-

ANUJA SHARAD SHAH,

                              Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 2, 2026, Defendant filed a letter requesting that the Court adjourn the status conference scheduled for January 6, 2026. (ECF 592.) Defendant informed the Court of her personal circumstances, including a loss within her immediate family. (*See id.*) The Court offers its condolences to Defendant for her loss.

The January 6, 2026 conference is rescheduled to **January 9, 2026 at 12:00 PM**. Pro se Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 342 916 584 #.**

Dated: January 2, 2026
        New York, NY

SO ORDERED,

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**