UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

VIRAL BHAGAT,    :
                                                                 :
                              Plaintiff,    :
                                                                 :
              -against-    :                    24-CV-01424 (VEC)
                                                                 :
                                                                 :                    ORDER
ANUJA SHARAD SHAH a/k/a ANU SHAH,    :
                                                                 :
                                                                 :
                              Defendant.    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that, for the reasons stated at the show cause hearing on Friday, January 30, 2026, not later than **Monday, February 2, 2026, at 12:00 P.M. PT (3:00 P.M. ET)**, Defendant is directed to remit payment to Plaintiff via wire transfer in the amount of **$720**. *See* Dkts. 454, 487, 538, 557. **Not later than Monday, February 2, 2026, at 5:00 P.M. PT (3:00 P.M. ET), Defendant must submit proof to the Court and Plaintiff that the wire transfer was initiated by the deadline stated herein.**

IT IS FURTHER ORDERED that, should Defendant fail to timely remit full payment to Plaintiff consistent with this Order, Defendant will be sanctioned an additional **$25** per calendar day, through and including February 9, 2026, at 12:00 P.M. PT (3:00 P.M. ET) that the full payment remains unpaid.

IT IS FURTHER ORDERED that, should Defendant fail to remit full payment to Plaintiff by Monday, February 9, 2026, at 12:00 P.M. PT (3:00 P.M. ET), including additional sanctions owed pursuant to this order, Defendant's additional daily sanction will increase to **$50** per calendar day that the full payment remains unpaid.

IT IS FURTHER ORDERED that, should Defendant fail to remit full payment to Plaintiff by Monday, February 9, 2026, at 12:00 P.M. PT (3:00 P.M. ET), including additional sanctions owed pursuant to this order, Plaintiff is directed to move for judgment in the amount of **$895** to be entered against Defendant.

IT IS FURTHER ORDERED that, for good cause shown, the Court will not refer Defendant to the United States Attorney's Office for making false statements in court filings related to the death of her father.  The Court has received and reviewed an unredacted copy of the death certificate submitted at Dkt. 592-1 and verified its authenticity.

**SO ORDERED.**

**Date:  January 30, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**