UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                Plaintiff,

     -against-

ANUJA SHARAD SHAH,

                Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **February 3, 2026 at 11:00 AM**. The parties should be prepared to discuss Defendant's counsel's letter motion filed at ECF 603. Pro se Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 139 915 677 #.** Defendant Shah may but is not required to attend this conference.

Dated: January 30, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**