UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   2/2/2026
```

-------------------------------------------------------------- X

VIRAL BHAGAT,                                          :
                                                      :
                              Plaintiff,              :
                                                      :
               -against-                              :        24-CV-01424 (VEC)
                                                      :
                                                      :        ORDER
ANUJA SHARAD SHAH a/k/a ANU SHAH,                     :
                                                      :
                                                      :
                              Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that at **12:00 P.M. PT (3:00 P.M. ET) on Tuesday,**

**February 2, 2026**, Defendant must telephone Plaintiff so that Plaintiff can verbally provide his

bank information to Defendant to facilitate payment, *see* Dkt. 608.  For the avoidance of doubt,

Defendant is responsible for placing the call to Plaintiff at the time stated herein.  Failure by

either party to abide by the Courts order(s) may result in sanctions.


        **SO ORDERED.**

Date:  **February 2, 2026**                    **VALERIE CAPRONI**
        **New York, New York**                    **United States District Judge**