UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                    Plaintiff,

        -against-

ANUJA SHARAD SHAH,

                    Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic status conference was scheduled in this case for February 3, 2026 at 11:00 AM. (ECF 609.) Pro se Plaintiff and Defendant's counsel were directed to attend, and Defendant was permitted but not required to attend. (*Id.*) Plaintiff and Defendant attended the conference, but Defendant's counsel did not appear. The conference was adjourned after 10 minutes, after Defendant first informed the Court that Defendant's counsel was attending a deposition in a separate case.

The conference is rescheduled to **February 4, 2026 at 9:30 AM**. The parties should be prepared to discuss Defendant's counsel's letter motion filed at ECF 603. Plaintiff and Defendant's counsel are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 139 915 677 #**. Defendant may but is not required to attend this conference.

Dated: February 3, 2026
        New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**