UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

                         Plaintiff,

          -against-

ANUJA SHARAD SHAH,

                         Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

At the conference on February 4, 2026, counsel for Defendant acknowledged having sent an email to Plaintiff, addressing him by a name other than Plaintiff's own and making disparaging comments about Plaintiff. Counsel for Defendant accepted responsibility for this behavior and recognized the impropriety of such behavior on the part of a member of the bar of this Court. Counsel for Defendant is hereby sanctioned for this unbecoming behavior directed at a pro se litigant: counsel shall, on or before **March 4, 2026**, pay a fine of $250.00 to the Clerk of Court and file proof on the docket of having paid the fine and of having taken a continuing legal education course on the importance of civility in the practice of law. Counsel's failure to comply with this order may result in a referral of his conduct to the Court's grievance committee.

At the conference, based on the breakdown of relations between Defendant and counsel for Defendant, and Defendant's lack of any objection, I indicated that, once counsel for Defendant has discharged his obligations under this order, I will issue an order relieving him of counsel for Defendant in this matter.

Dated: February 4, 2026
          New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**