USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/4/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VIRAL BHAGAT,                                              :
                                                          :
                                    Plaintiff,            :
                                                          :
                    -against-                             :           24-CV-01424 (VEC)
                                                          :
                                                          :               ORDER
ANUJA SHARAD SHAH a/k/a ANU SHAH,                         :
                                                          :
                                    Defendant.            :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that at **12:00 P.M. PT (3:00 P.M. ET) on Thursday, February 5, 2026**, Defendant must telephone Plaintiff so that Plaintiff can orally provide any outstanding information necessary to facilitate payment, *see* Dkt. 608, including, for example, the address of the bank and branch at which Plaintiff does his banking and Plaintiff's home address (if necessary).  Any information provided to Defendant pursuant to this order and the Court's prior order, *see* Dkt. 615, shall be used **solely** for purposes of facilitating the wire transfer required by this Court.  Defendant may not disseminate Plaintiff's financial or personal information or use such information for any other purpose.

For the avoidance of doubt, Defendant is responsible for placing the call to Plaintiff at the time stated herein.  Failure by either party to abide by the Courts order(s) may result in sanctions.

        **SO ORDERED.**

Date:  **February 4, 2026**                                **VALERIE CAPRONI**
           **New York, New York**                          **United States District Judge**