UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/10/2026___

```
-------------------------------------------------------------X
VIRAL BHAGAT,                                     :
                                                  :
                            Plaintiff,            :
                                                  :
            -against-                             :        24-CV-01424 (VEC)
                                                  :
ANUJA SHARAD SHAH a/k/a ANU SHAH,                 :        ORDER
                                                  :
                            Defendant.            :
-------------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that Defendant is directed to **remit payment of all funds currently due and owing** to Plaintiff.  The Court originally instructed Defendant to remit payment via wire transfer as a convenience to her because Defendant stated that she did not use Zelle, PayPal, Venmo, or any other electronic payment service.  Because Defendant has asserted numerous problems with her ability to wire the funds owed, Defendant is ORDERED to **remit payment using Zelle, PayPal, or Venmo**.

Per the Court's prior order, *see* Dkt. 608, because Defendant has failed to timely remit payment to Plaintiff, as of Monday, February 9, 2026, funds owed to Plaintiff total **$895**.  The additional daily sanction will increase to **$50/day** for each calendar day that full payment remains unpaid after February 9, 2026.  Defendant is admonished that continued contravention of the Court's orders will result in additional sanctions.

IT IS FURTHER ORDERED that Plaintiff's motion for entry of judgment in the amount of $895, *see* Dkt. 627, is held in ABEYANCE.  Not later than **Friday, February 13, 2026**, Plaintiff is directed to submit a report via ECF indicating whether payment has been received.

///

**SO ORDERED.**

**Date:  February 10, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**