# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**VIRAL BHAGAT,**
 Plaintiff,

v.

**ANUJA SHARAD SHAH,**
 Defendant.

Case No. **1:24-cv-01424 (VEC) (RFT)**

---

# LETTER MOTION FOR LEAVE TO FILE OMITTED EXHIBIT

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Bhagat v. Shah, 1:24-cv-01424 (VEC)**

Dear Judge Tarnofsky & Judge Caproni:

Defendant **Anuja Sharad Shah**, appearing pro se, respectfully requests leave to file an exhibit that was inadvertently omitted from the exhibits attached to the **November 13, 2025 Declaration of Ali R. Jaffery** submitted in support of Defendant's Motion for Summary Judgment.

Defendant's **Local Civil Rule 56.1 Statement of Material Facts** references an email communication between Plaintiff **Viral Bhagat** and **Meta investigator John McDermott**, which

was cited as **line item #23 (see below).**. Due to an inadvertent omission at the time of filing, that exhibit was not attached to the Jaffery Declaration.

> *During Meta's investigation, Plaintiff falsely represented to Meta that he knew Mr. Dordi personally, stating in an e-mail as follows: Hi John I was very nervous and anxious in the meeting. I think I couldn't recollect all the [cut off]. I now remember meeting Rushad in 2021/22. I know I took his details but never logged the request. But then Anu reached out [cut off] I hence confirm that I know him personally and I also confirm that he initiated this [cut off] (Exhibit K, a text message exchange between Plaintiff and Defendant authenticated by Plaintiff)*

However, the document attached as Exhibit K does not correspond to the exhibit cited in Defendant's Rule 56.1 Statement and was attached in error.

Defendant respectfully seeks leave to file the referenced exhibit now so that the evidentiary record cited in the summary judgment submissions is complete. The exhibit was referenced in the Rule 56.1 Statement and accompanying briefing and is submitted solely to correct the omission and ensure that the Court has the document cited in the record.

Plaintiff will not be prejudiced by this submission because the document was already cited in the summary judgment memorandum and Rule 56.1 statement.

Defendant therefore respectfully requests that the Court grant leave to file the omitted exhibit attached hereto as **an exhibit.**

Respectfully submitted,

**Anuja Sharad Shah**
 Defendant Pro Se

Dated: March 8 2026

Application GRANTED. Defendant shall file the omitted exhibit on or before **March 13, 2026**. The Clerk of Court is respectfully requested to terminate ECF 637.

Dated: March 10, 2026
    New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE