UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VIRAL BHAGAT,<br><br>Plaintiff,<br><br>-against-<br><br>ANUJA SHARAD SHAH,<br><br>Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The Court received undocketed communications from Plaintiff and Defendant, which are attached as Exhibits 1 through 5 to this Order.

As in prior orders (*see e.g.* ECF 236; ECF 237; ECF 262; ECF 303; ECF 314; ECF 319; ECF 399; ECF 412; ECF 521), communications to the Court must be filed on the docket. Undocketed communication with chambers, by either party, is not allowed except in urgent circumstances where filing on the docket is not possible. I do not believe that either Plaintiff or Defendant's undocketed filings were urgent.

The Clerk of Court is respectfully requested to seal Exhibits 2 and 3 attached to this Order.

DATED:  March 18, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge