UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT, | |
| Plaintiff, | 24-CV-1424 (VEC) (RFT) |
| -against- | **ORDER** |
| ANUJA SHARAD SHAH, | |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I am in receipt of Defendant's letter dated March 18, 2026. (*See* ECF 645.) Plaintiff is

ORDERED by **March 23, 2026** to respond to Defendant's request to unseal ECF 644-2 and ECF

644-3. As to Defendant's request for a transcript of the conference held on January 9, 2026,

there is a transcript request form attached to the minute entry at ECF 596, which Defendant

may submit if she wishes to have the conference transcribed by a court reporter.

Dated: March 19, 2026          SO ORDERED,
       New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**