UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

               Plaintiff,

     -against-

ANUJA SHARAD SHAH,

               Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 25, 2026, I ordered Plaintiff to file redacted versions of the exhibits at ECF 644-2 and ECF 644-3, with redactions applied only to the precise financial figures and dollar amounts in each exhibit, by March 27, 2026. (ECF 651.) On March 28, 2026, Plaintiff filed redacted versions of the exhibits (ECF 652), but Exhibit 1 of his submission was received malformed and could not be docketed.

Accordingly, Plaintiff is ORDERED to re-file his Exhibit 1 attached to ECF 652 (redacted version of ECF 644-2) by **April 1, 2026**.

Dated: March 31, 2026
      New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**