UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br><br>               Plaintiff,<br><br>    -against-<br><br>ANUJA SHARAD SHAH,<br><br>               Defendant. | 24-CV-1424 (VEC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff, Defendant, and Mr. Nate Zaugg are ordered to appear for a video conference on **April 16, 2026 at 11:00 AM** to discuss Mr. Zaugg's invoice. The Courtroom Deputy will send the conference details to pro se plaintiff and pro se defendant by email. The public may observe by dialing (646) 828-7666, Access Code 929998.

Because Mr. Zaugg is retained by Defendant as her expert witness, she is responsible for ensuring Mr. Zaugg's attendance at the video conference. Accordingly, Defendant is ordered, on pain of sanctions, to provide this order to Mr. Zaugg and to send the ZoomGov video conference link to Mr. Zaugg; she must file proof of service on the docket by **April 13, 2026**.

Pro se litigants are reminded that all communication to the Court must be filed on the docket.

Dated: April 9, 2026
      New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**