USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| VIRAL BHAGAT, Plaintiff, | : | |
| -against- | : | 24-CV-01424 (VEC) |
| ANUJA SHARAD SHAH a/k/a ANU SHAH, Defendant. | : | ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 10, 2026, Plaintiff filed a "Motion to Quash or Modify Defendant's Purported Trial Subpoena to Meta Platforms, Inc., or, in the Alternative, for a Protective Order," *see* Dkt. 713 ("Motion to Quash"); and

WHEREAS on July 13, 2026, Defendant informed the Court that "[t]he subpoena at issue has been withdrawn," and that "Defendant notified Plaintiff of the withdrawal on July 10, 2026," *see* Dkt. 717;

IT IS HEREBY ORDERED that the Motion to Quash, Dkt. 713, is hereby DENIED, without prejudice, as moot. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 713.

**SO ORDERED.**

**Date: July 15, 2026**
**New York, New York**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**