USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

Plaintiff,

-against-

ANUJA SHARAD SHAH a/k/a ANU SHAH,

Defendant.

24-CV-01424 (VEC)

SCHEDULING ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 21, 2026, Defendant informed the Court that "she intends to file a motion to exclude Plaintiff's expert testimony," *see* Dkt. 725;

IT IS HEREBY ORDERED that Defendant must submit her motion to exclude Plaintiff's expert testimony not later than **Thursday, August 20, 2026**. Plaintiff may submit any response to Defendant's motion not later than **Thursday, September 17, 2026**. Defendant may submit any reply not later than **Thursday, October 1, 2026**. The Court will schedule a hearing on Defendant's motion, if necessary, at the conclusion of briefing.

**SO ORDERED.**

**Date: July 23, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**