UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

Plaintiff,

-v-

ANUJA SHARAD SHAH,

Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

On September 2, 2026, Defendant filed a motion to unseal certain documents filed under seal; the motion was docketed on September 8, 2026. (ECF 802.) If Plaintiff wishes to oppose the pending motion, he shall file a letter on the docket explaining his position by September 18, 2026.

DATED: September 16, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**