UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

Plaintiff,

-v-

ANUJA SHARAD SHAH,

Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

The court reporter who transcribed the recordings of certain conferences has informed the clerk's office and my courtroom deputy clerk of a dispute over the fee for performing the transcriptions.

Accordingly, the Clerk of Court is respectfully requested to terminate the transcripts' deadlines at ECF 782, ECF 792, and ECF 794 and make it viewable only to Court personnel pending further order of the Court. I expect to issue an order restoring the transcripts' deadlines for release to the public when the fee dispute is resolved.

DATED: September 16, 2026
New York, NY

**SO ORDERED**.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**