UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRAL BHAGAT,

Plaintiff,

-v-

ANUJA SHARAD SHAH,

Defendant.

24-CV-1424 (VEC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

As Defendant has moved to seal Plaintiff's Exhibits 5 (ECF 816-3), 6 (ECF 816-4), and 7 (ECF 816-5) filed with his motion in limine at ECF 816 (*see* ECF 822), the Clerk of Court is respectfully requested to temporarily seal ECF 816-3, ECF 816-4, and ECF 816-5, with access to Court personnel and the parties, pending further order of the Court.

DATED: September 25, 2026
New York, NY

**SO ORDERED**.

__________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**