USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
VIRAL BHAGAT, :
:
Plaintiff, :
: 24-CV-01424 (VEC)
-against- :
: ORDER
ANUJA SHARAD SHAH a/k/a ANU SHAH, :
:
Defendant. :
---------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties' motions *in limine* were due not later than Friday, September 25, 2026, with the parties' deadline to respond set for Friday, October 9, 2026, *see* Dkt. 776;

WHEREAS on September 30, 2026, Plaintiff submitted a letter motion requesting that the Court extend his deadline to respond to Defendant's motions *in limine* to October 16, 2026, because "[m]ultiple motions timely filed by Defendant . . . did not become available to [Plaintiff] through ECF/PACER until" September 29, 2025, *see* Dkt. 851;

WHEREAS Defendant further requests an extension to Friday, October 23, 2026, to respond to Plaintiff's motions that, she contends, were filed after September 25, 2026, *see id.*;

WHEREAS on October 1, 2026, Defendant opposed Plaintiff's extension request, see Dkt. 853;

IT IS HEREBY ORDERED that Plaintiff's request to extend his deadline to respond to Defendant's motions *in limine* is DENIED. Responses to **all** motions *in limine*, *see infra* n.1, are due not later than **Friday, October 9, 2026**.

Defendant further notes that, as of October 1, 2026, "[a]dditional motions that Defendant timely submitted on September 25 have . . . still not appeared on the docket." Dkt. 853. The

Court has conferred with the Pro Se Intake Unit and Docketing Services and confirmed that **all motions, exhibits, and supporting documents submitted by Ms. Shah on or before September 25, 2026, have been posted to the public docket**. As such, the Court considers Defendant's motions *in limine* to be fully submitted. **Any motions *in limine* that are submitted or docketed after September 26, 2025, or motions that are not currently reflected on the docket**[1] **are untimely and will not be considered by the Court**.[2]

The motion at Dkt. 855 is DENIED as untimely. The Clerk of Court is respectfully directed to TERMINATE the open motions at Dkts. 851 and 855.

**SO ORDERED.**

**Date: October 2, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

[1] Filings submitted timely and related to Defendant's motions *in limine* that are currently reflected on the docket are: Dkts. 827 (motion), 828 (motion), 829 (declaration), 830 (motion), 831 (motion), 832 (motion), 833 (motion), 834 (motion), 835 (motion), 836 (declaration), 837 (motion), 838 (exhibits), 839 (deposition transcript), 840 (motion), 841 (motion), 842 (declaration).

[2] Defendant's motion *in limine* at Dkt. 855 was received by the Court on October 2, 2026. Because it was not submitted before the deadline, it will be denied as untimely.