UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

------------------------------------------------------------X
VIRAL BHAGAT, :
:
Plaintiff, :
:
-against- :
:
ANUJA SHARAD SHAH a/k/a ANU SHAH, :
:
Defendant. :
------------------------------------------------------------X

24-CV-01424 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties' motions *in limine* were due not later than Friday, September 25, 2026, with the parties' deadline to respond set for Friday, October 9, 2026, *see* Dkt. 776; and

WHEREAS the Court has re-reviewed its internal records and confirmed that Defendant's motion *in limine* at Dkt. 857 was received by the Court on September 25, 2026, at 8:37 P.M., and was therefore timely submitted;

IT IS HEREBY ORDERED that the Court's October 5, 2026, order denying Dkt. 857 as untimely is VACATED. Plaintiff may submit any opposition to Defendant's motion *in limine* at Dkt. 857 not later than **Friday, October 16, 2026**. The Court further encourages the parties to request and obtain ECF filing privileges, which would allow for the filing of materials directly to the docket. Direct filing via ECF is the most effective way to ensure that materials are timely received by the Court.

**SO ORDERED.**

**Date: October 6, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**