UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br>Plaintiff,<br>-v-<br>ANUJA SHARAD SHAH,<br>Defendant. | 24-CV-1424 (VEC) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

Defendant's request for clarification of my oral ruling at the January 9, 2026 status conference (ECF 846) falls within the scope of my reference. I have reviewed the transcript of the discovery conference held on January 9, 2026 to address Plaintiff's assertion that he had not been provided with the script used by Defendant's expert, Mr. Zaugg and had not received copies of screenshots reviewed by Mr. Zaugg. At that conference: (1) After an explanation by Mr. Zaugg of the script, Plaintiff stated that had received the script; (2) Mr. Jaffrey represented that the screen shots were documents produced by Meta at bates numbers META_Bhagat_0093-103, and Plaintiff stated that he had received those documents; and (3) I gave Plaintiff until January 19, 2026 to make any further filing in connection with the then-pending summary judgment motion and Defendant until January 26, 2026 to respond to any such filing by Plaintiff.

DATED: October 7, 2026
New York, NY

**SO ORDERED.**

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**