UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT,<br>Plaintiff,<br>-v-<br>ANUJA SHARAD SHAH,<br>Defendant. | 24-CV-1424 (VEC) (RFT)<br>**ORDER** |

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE**:

The court reporter who transcribed the recordings of certain conferences has informed the clerk's office and my courtroom deputy clerk that the dispute over the fee for performing the transcriptions has been resolved.

Accordingly, the Clerk of Court is respectfully requested to reinstate the transcripts' deadlines at ECF 782, ECF 792, and ECF 794 and make it viewable to the public.

DATED: October 13, 2026
New York, NY

**SO ORDERED**.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**