USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRAL BHAGAT, Plaintiff, -against- ANUJA SHARAD SHAH a/k/a ANU SHAH, Defendant. | 24-CV-01424 (VEC) ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 19, 2026, the Court received the attached email from Michael Balter related to the above-captioned case;

IT IS HEREBY ORDERED that the attached email will be filed on the public docket;

IT IS FURTHER ORDERED that unless and until a new subpoena is properly served on Mr. Balter, the Court cannot consider any motion to quash the subpoena. *See* Fed. R. Civ. P. 45(b), (d)(3).

**SO ORDERED.**

**Date: November 5, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

**From:** Michael Balter
**To:** Caproni NYSD chambers
**Subject:** Anu Shah subpoenas
**Date:** Monday, October 19, 2026 8:37:21 AM

**CAUTION - EXTERNAL:**

Dear Judge Caproni,

I am the editor/publisher of *The Croton Chronicle*, serving the Westchester County of Croton-on-Hudson.

Recently you quashed a subpoena seeking records from me from Anu Shah, the defendant in the Bhagat v. Shah case which is currently before you.

Ms. Shah is now planning to send me a "corrected" subpoena, for which I have declined email service.

Ms. Shah is violating an agreement we had made, which was that I would supply her with correspondence between myself and Mr. Bhagat in connection with my reporting on Ms. Shah's former attorney, Ali Jaffery, who is running for Village Justice here in Croton. I agreed to this even though I have no evidence that is relevant to the issues in the Bhagat v. Shah lawsuit, as you pointed out in your ruling quashing the subpoena.

I consider Ms. Shah's further attempts to subpoena my records and testimony as harassment, since I have already given her the basics of what she wanted. Under these circumstances, and the special circumstances that she is attempting to obtain the records of a journalist, I would ask that you instruct Ms. Shah to cease and desist or that you again quash any subpoenas that she issues to me.

With thanks and best regards,

Michael Balter
The Croton Chronicle

--
*****************************************
**Michael Balter**
Publisher, "The Croton Chronicle" (https://thecrotonchronicle.substack.com/)
Publisher, "Words for the Wise" (https://michaelbalter.substack.com/)
Paris correspondent, *Science* 1991-2016
Adjunct Instructor of Journalism "emeritus,"
New York University, Boston University, and City College of NY

Email: michael.balter@gmail.com
Tweet: @mbalter
Web: michaelbalter.com
Book: http://tinyurl.com/13np9st

****************************************

*"Le pouvoir du journaliste ne se fonde pas sur le droit de poser une question, mais sur celui d'exiger une réponse."* -- Milan Kundera

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.